UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.
_________________________________________/

Case No. 26-20982-dob
Chapter 11 Proceeding
Hon. Daniel S. Opperman

ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Upon consideration of the Debtor's Application for Individuals to Pay Filing Fee in Installments;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor must pay the filing fee according to the following terms:

$434.50 on or before July 20, 2026
$434.50 on or before August 5, 2026
$434.50 on or before September 4, 2026
$434.50 on or before October 5, 2026

**Signed on July 7, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**