**Fill in this information to identify your case:**

Debtor 1      David Lewi-Emmanuel Stockman
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    Eastern District of Michigan

Case number      26-20982-dob
(If known)

☒ Check if this is an amended filing

# Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
| --- | --- | --- | --- |

**2.1**

Frankenmuth Credit Union - Acct. 711 REAL ESTATE
Creditor's Name

580 North Main Street
Number          Street

Frankenmuth          MI          48734
City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    Unknown

**Describe the property that secures the claim:**

FCU asserts Accts. 711, 772, and 802 are cross-collateralized. Shared collateral: 3925 Fortune Blvd. ($1.2218M county; $5M FCU); 5805 McCarty Rd., joint with spouse ($423,798 tax; $700k FCU); and equipment ($290k FCU). Extent, priority, and estate value unliquidated.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  x711 ___ ___ ___

Column A: $ 2,781,076.22   Column B: $ 5,000,000   Column C: $ Unknown

**2.2**

Frankenmuth Credit Union - Acct. 772 COMM LOC INT
Creditor's Name

580 North Main Street
Number          Street

Frankenmuth          MI          48734
City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    Unknown

**Describe the property that secures the claim:**

FCU asserts Accts. 711, 772, and 802 are cross-collateralized. Shared collateral: 3925 Fortune Blvd. ($1.2218M county; $5M FCU); 5805 McCarty Rd., joint with spouse ($423,798 tax; $700k FCU); and equipment ($290k FCU). Extent, priority, and estate value unliquidated.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  x772 ___ ___ ___

Column A: $ 641,836.49   Column B: $ 700,000   Column C: $ Unknown

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 3,422,912.71

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

---

**2.3**

Frankenmuth Credit Union - Acct. 802 COMMERCIAL LOAN
Creditor's Name
580 North Main Street
Number          Street

Frankenmuth          MI     48734
City               State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred ___Unknown___

**Describe the property that secures the claim:**

> FCU asserts Accts. 711, 772, and 802 are cross-collateralized. Shared collateral: 3925 Fortune Blvd. ($1.2218M county; $5M FCU); 5805 McCarty Rd., joint with spouse ($423,798 tax; $700k FCU); and equipment ($290k FCU). Extent, priority, ownership, and estate value unliquidated.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number x802 ___ ___ ___

Column A: $1,688,933.90    Column B: $290,000    Column C: Unknown

---

**2.4**

GM Financial
Creditor's Name
801 Cherry Street, Suite 3600
Number          Street

Fort Worth          TX     76102
City               State   ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred ___2021___

**Describe the property that secures the claim:**

> 2021 Chevrolet Silverado; purchase-money security interest. Claim estimated at $29,384-$32,000. Truck collateral value: $45,000. Exact petition-date payoff, VIN/account, and arrears remain unliquidated. Stay-relief motion pending (ECF 39).

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number Unknown ___ ___ ___

Column A: $29,384-$32,000    Column B: $45,000    Column C: Unknown

---

**2.5**

GOF Finance-C, LLC
Creditor's Name
150 E. Fourth Street
Number          Street

Cincinnati          OH     45202
City               State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred ___Unknown___

**Describe the property that secures the claim:**

> 3925 Fortune Blvd., Saginaw, Michigan. County tax website value approximately $1,221,800; FCU appraisal approximately $5,000,000. GOF claim and asserted lien are disputed.

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) alleged lien; basis disputed

Last 4 digits of account number Unknown ___ ___ ___

Column A: $300,000    Column B: $5,000,000    Column C: Unknown

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $2,018,317.90-$2,020,933.90

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $4,041,230.61-$4,043,846.61

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.6** Ameris Bank d/b/a Balboa Capital Corporation

Creditor's Name

575 Anton Blvd., Suite 1080

Number        Street

_____

Costa Mesa                    CA        92626

City                                State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  Unknown

**Describe the property that secures the claim:**

> Commercial equipment supplied or financed by Balboa. Creditor asserts a lien against Debtor property. Debtor disputes the lien validity and scope and intends to surrender the subject equipment, subject to court approval or plan treatment.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ Unknown ___

Column A: $ Unknown   Column B: $ Unknown   Column C: $ Unknown

---

**2.7** Internal Revenue Service

Creditor's Name

Centralized Insolvency Operation, P.O. Box 7346

Number        Street

_____

Philadelphia                  PA        19101-7346

City                                State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  Various

**Describe the property that secures the claim:**

> Federal tax liens asserted against all real and personal property and rights to property of Debtor, including 3925 Fortune Blvd., 5805 McCarty Rd., vehicles, equipment, accounts, and other assets, subject to validity, priority, valuation, and exemptions.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ Various ___

Column A: $ Unknown   Column B: $ Unknown   Column C: $ Unknown

---

**2.8** County of Saginaw

Creditor's Name

Treasurer, 111 S. Michigan Ave., Room 107

Number        Street

_____

Saginaw                        MI        48602

City                                State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  Various

**Describe the property that secures the claim:**

> Delinquent real property taxes secured by statutory lien against 5805 McCarty Road, Saginaw, Michigan 48603, jointly owned with Debtor's wife. Tax-assessed value approx. $423,798; FCU appraisal approx. $700,000. Petition-date amount and parcel number unknown.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___ Unknown

Column A: $ Unknown   Column B: $ 700,000   Column C: $ Unknown

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**  $ Unknown

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |

**2.9** Moeller Builders, Inc.

Creditor's Name

12125 W. Tittabawassee Rd.

Number        Street

Freeland                MI    48623

City                State    ZIP Code

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** Unknown

**Describe the property that secures the claim:**

Construction lien asserted against 3925 Fortune Blvd., Saginaw, Michigan. Claim amount approximately $180,000; lien validity, perfection, and priority remain unliquidated.

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
☒ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number** ___ Unknown ___

Column A: $180,000
Column B: $5,000,000
Column C: Unknown

---

**Describe the property that secures the claim:**

Creditor's Name

Number        Street

City                State    ZIP Code

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $_____
Column B: $_____
Column C: $_____

---

**Describe the property that secures the claim:**

Creditor's Name

Number        Street

City                State    ZIP Code

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $_____
Column B: $_____
Column C: $_____

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 180,000

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ Unknown

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

Debtor 1    David Lewi-Emmanuel Stockman

        First Name                Middle Name               Last Name

Debtor 2
(Spouse, if filing)   First Name               Middle Name             Last Name

United States Bankruptcy Court for the:   __Eastern__  District of  _____Michigan

Case number    26-20982-dob
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims against you?**

   ☒ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

**2.2**

_____
Priority Creditor's Name

_____
Number     Street

_____

_____
City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1**

American Express
_____
Nonpriority Creditor's Name

P.O. Box 981535
_____
Number          Street

El Paso                     TX       79998-1535
_____
City              State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card

$ 20,000.00

---

**4.2**

Brian Hart
_____
Nonpriority Creditor's Name

3684 Lamplighter Dr
_____
Number          Street

Saginaw                     MI       48603
_____
City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Litigation

$ Unknown

---

**4.3**

Chase Card Services
_____
Nonpriority Creditor's Name

P.O. Box 15298
_____
Number          Street

Wilmington                  DE       19850-5298
_____
City              State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card

$ 43,000.00

---

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

Frost & Associates, LLC c/o Dickinson Wright PLLC

Nonpriority Creditor's Name

2600 W Big Beaver Rd, Suite 300

Number          Street

Troy                                    MI          48084

City                              State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
☒ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ 30,000.00

**When was the debt incurred?**     Prepetition

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Professional services/contract

---

**4.5**

Goldman Sachs Bank USA - Apple Card

Nonpriority Creditor's Name

P.O. Box 150189

Number          Street

Arlington                              TX          76015

City                              State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ 10,000.00

**When was the debt incurred?**     Various

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card

---

**4.6**

Kishore Jayakumar

Nonpriority Creditor's Name

1210 Massachusetts Ave NW, Apt 710

Number          Street

Washington                             DC          20005

City                              State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
☒ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ 450,000.00

**When was the debt incurred?**     Prepetition

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Litigation

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

Magdalena Perez c/o Matthew L. Frey

Nonpriority Creditor's Name

4901 Towne Centre Rd, Suite 235

Number        Street

Saginaw                MI        48604

City                State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** 2023-2024

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Litigation

$ Unknown

---

**4.8**

MOHELA

Nonpriority Creditor's Name

633 Spirit Drive

Number        Street

Chesterfield                MO        63005-1243

City                State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$ 487,000.00

---

**4.9**

NeoGenomics Laboratories, Inc. c/o Balch & Bingham LLP

Nonpriority Creditor's Name

1901 6th Avenue North, Suite 1500

Number        Street

Birmingham                AL        35203

City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Alleged guaranty/litigation

$ Unknown

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.10**

Northwest Pathology Consultants, PC
Nonpriority Creditor's Name

44405 Woodward Ave
Number         Street

Pontiac                                  MI         48341-2985
City                            State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
☒ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    Prepetition

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify___Contract/litigation claim___

$ Unknown

**4.11**

Randy Tashjian IRA
Nonpriority Creditor's Name

41000 Woodward Ave, Suite 250 East
Number         Street

Bloomfield Hills                         MI         48304
City                            State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
☒ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    Prepetition

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify___Litigation___

$ Unknown

**4.12**

Russell Bush
Nonpriority Creditor's Name

1800 Imlay City Rd #1
Number         Street

Lapeer                                   MI         48446
City                            State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
☒ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    2021

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify___Litigation___

$ 551,800.00

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.13**

TIAA, FSB
Nonpriority Creditor's Name

730 Third Avenue
Number        Street

New York                          NY        10017
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number ___ ___ ___ ___          $ Unknown

**When was the debt incurred?**    Prepetition

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Lease/judgment claim

---

**4.14**

Vox Funding, LLC
Nonpriority Creditor's Name

100 Park Ave, Floor 31
Number        Street

New York                          NY        10017-5584
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number ___ ___ ___ ___          $ Unknown

**When was the debt incurred?**    Prepetition

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Alleged guaranty/financing

---

**4.15**

Wasim Nasir
Nonpriority Creditor's Name

4444 W Bristol Rd Suite 150
Number        Street

Flint                             MI        48507
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

$ 154,841.75

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Litigation

---

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.16**

Wildfire Credit Union c/o Karl L. Wenzloff
_____
Nonpriority Creditor's Name

Wenzloff & Fireman P.C., 903 N. Jackson St
_____
Number          Street

Bay City                        MI        48708-5953
_____
City                      State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Judgment/overdraft claim

$ 131,626.18

---

_____
Nonpriority Creditor's Name

_____
Number          Street

_____
City                      State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

$_____

---

_____
Nonpriority Creditor's Name

_____
Number          Street

_____
City                      State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

$_____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Dermatology and Cosmetic Center
Name

4444 W Bristol Rd Suite 150
Number     Street

Flint      MI      48507
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.15__ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number     Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number     Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number     Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number     Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number     Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number     Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 8 of 9

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**　　　　　　　6a.　$ 0.00

6b. **Taxes and certain other debts you owe the government**　　6b.　$ 0.00

6c. **Claims for death or personal injury while you were intoxicated**　　6c.　$ 0.00

6d. **Other.** Add all other priority unsecured claims. Write that amount here.　　6d.　+ $ 0.00

6e. **Total.** Add lines 6a through 6d.　　6e.　$ 0.00

**Total claim**

**Total claims from Part 2**

6f. **Student loans**　　　　　　　6f.　$ 487,000.00

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**　　6g.　$ 0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**　　6h.　$ 0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.　　6i.　+ At least 1,391,267.93

6j. **Total.** Add lines 6f through 6i.　　6j.　At least 1,878,267.93

**SECURED CREDITORS**

Frankenmuth Credit Union
c/o John P. Tragge
Stancato Tragge Wells, PLLC
2111 Woodward Avenue, Suite 701
Detroit, MI 48201


Michigan Department of Treasury
P.O. Box 30199
Lansing, MI 48909


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


GM Financial
P.O. Box 781901
Dallas, TX 75378-1901


GOF Finance-C, LLC
c/o Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304


Ameris Bank d/b/a Balboa Capital
Corporation
c/o Deborah Rubin, Esq.
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500


Moeller Builders Inc.
12125 W Tittabawassee Rd
Freeland, MI 48623


**UNSECURED CREDITOR COMPANIES**

Wildfire Credit Union
c/o Karl L. Wenzloff
Wenzloff & Fireman P.C.
903 N. Jackson Street
Bay City, MI 48708-5953


Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

American Express
P.O. Box 981535
El Paso, TX 79998-1535


Goldman Sachs Bank USA
Apple Card
P.O. Box 150189
Arlington, TX 76015


Vox Funding, LLC
100 Park Ave Fl 31
New York, NY 10017-5584


MOHELA
633 Spirit Drive
Chesterfield, MO 63005-1243


NeoGenomics Laboratories, Inc.
c/o Balch & Bingham LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203


Northwest Pathology Consultants, PC
44405 Woodward Ave
Pontiac, MI 48341-2985


Dermatology and Cosmetic Center
4444 W Bristol Rd Suite 150
Flint, MI 48507


Frost & Associates, LLC
c/o Dickinson Wright PLLC
2600 West Big Beaver Road
Suite 300
Troy, MI 48084


TIAA, FSB
730 Third Avenue
New York, NY 10017


**UNSECURED CREDITOR INDIVIDUALS**

Russell Bush
1800 Imlay City Rd #1
Lapeer, MI 48446

Randy Tashjian IRA
41000 Woodward Avenue
Suite 250 East
Bloomfield Hills, MI 48304


Wasim Nasir
4444 W Bristol Rd Suite 150
Flint, MI 48507


Brian Hart
3684 Lamplighter Dr
Saginaw, MI 48603


Magdalena Perez
c/o Matthew L. Frey
4901 Towne Centre Road
Suite 235
Saginaw, MI 48604


Kishore Jayakumar
1210 Massachusetts Ave NW
APT 710
Washington, DC 20005


**END OF AMENDED LIST OF CREDITORS**

Debtor    David Lewi-Emmanuel Stockman
               First Name           Middle Name          Last Name

Debtor 2
(Spouse If filing)   First Name          Middle Name        Last Name

United States Bankruptcy Court for the   Eastern District of Michigan

Case number   26-20982-dob
(If known)

☒ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | TIAA, FSB<br>Name<br>730 Third Avenue<br>Number    Street<br>New York    NY    10017<br>City    State    ZIP Code | Equipment lease agreements (2017 and 2019) for ultrasound and radiology machines; liability, default, expiration, and amount disputed; equipment return/surrender at issue. |
| 2.2 | Ameris Bank d/b/a Balboa Capital Corporation<br>Name<br>575 Anton Blvd., Suite 1080<br>Number    Street<br>Costa Mesa    CA    92626<br>City    State    ZIP Code | Equipment finance/lease agreement. Characterization, lien, ownership, and amount disputed; debtor intends to surrender any leased equipment, subject to court approval. |
| 2.3 | Elsevier Inc.<br>Name<br>230 Park Avenue, 7th Floor<br>Number    Street<br>New York    NY    10169<br>City    State    ZIP Code | Copyright, publishing, and royalty agreement. Ongoing status, payment rights, and value remain subject to verification and reconciliation. |
| 2.4 | The Northwestern Mutual Life Insurance Company<br>Name<br>720 East Wisconsin Avenue<br>Number    Street<br>Milwaukee    WI    53202<br>City    State    ZIP Code | Whole-life insurance policy with reported $7,000,000 death benefit. Coverage, premiums, policy terms, and cash surrender value remain subject to carrier confirmation. |
| 2.5 | Michigan Health Clinics, P.C.<br>Name<br>3925 Fortune Boulevard<br>Number    Street<br>Saginaw    MI    48603<br>City    State    ZIP Code | Employment, executive, and physician-services/compensation arrangement. Ongoing status, amounts due, and compensation terms are disputed and being reconciled. |

**Fill in this information to identify your case:**

Debtor 1    David Lewi-Emmanuel Stockman
       First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number    26-20982-dob
(If known)

☑ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

     - ☐ No
     - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

       _____
       Name of your spouse, former spouse, or legal equivalent

       _____
       Number      Street

       _____
       City        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** Michigan Health Clinics, P.C. <br> Name <br> 3925 Fortune Blvd <br> Number   Street <br> Saginaw    MI    48603 <br> City    State    ZIP Code | ☑ Schedule D, line <u>multiple</u> <br> ☑ Schedule E/F, line <u>multiple</u> <br> ☑ Schedule G, line <u>2.1</u> |
| **3.2** Becker-Presente, LLC <br> Name <br> 3871 Fortune Blvd <br> Number   Street <br> Saginaw    MI    48603 <br> City    State    ZIP Code | ☑ Schedule D, line <u>multiple</u> <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** Great Lakes Bay Staffing Company, Inc. <br> Name <br> 3871 Fortune Blvd <br> Number   Street <br> Saginaw    MI    48603 <br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line <u>4.1</u> <br> ☐ Schedule G, line _____ |

Official Form 106H             **Schedule H: Your Codebtors**             page 1 of <u>2</u>

| Debtor 1 | David Lewi-Emmanuel Stockman | Case number (if known) 26-20982-dob |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.4**

Saginaw MTA Development Companies, LLC
Name

3871 Fortune Blvd
Number        Street

Saginaw                              MI                    48603
City                                      State                ZIP Code

☑ Schedule D, line 2.3
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.5**

Michigan Institute of Forensic Science & Medicine, P.C.
Name

3871 Fortune Blvd
Number        Street

Saginaw                              MI                    48603
City                                      State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line multiple
☐ Schedule G, line _____

**3._**

Name

Number        Street

City                                      State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number        Street

City                                      State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number        Street

City                                      State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number        Street

City                                      State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number        Street

City                                      State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3._**

Name

Number        Street

City                                      State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Official Form 106H                              Schedule H: Your Codebtors                              page 2 of 2

**Debtor 1** David Lewi-Emmanuel Stockman

First Name　　　　　　　Middle Name　　　　　　Last Name

**Debtor 2**
(Spouse, if filing) First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 26-20982-dob
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　☐ No
   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,700.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 2,142.50 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 1,200.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 300.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 400.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 150.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 600.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 800.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 250.00 |
| 10. **Personal care products and services** | 10. | $ 150.00 |
| 11. **Medical and dental expenses** | 11. | $ 250.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 600.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 300.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 436.99 |
| 15b. Health insurance | 15b. | $ 1,359.48 |
| 15c. Vehicle insurance | 15c. | $ 133.86 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 1,164.91 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

21. **Other**. Specify: Court filing-fee installment          21.  **+**$              434.50

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.          22a.  $              16,572.24

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.  $              0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.  $              16,572.24

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*          23a.  $              9,734.05

    23b.  Copy your monthly expenses from line 22c above.          23b.  **–** $              16,572.24

    23c.  Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.          23c.  $              -6,838.19

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.     Explain here:  Filing-fee installments of $434.50 end after 10/05/2026. Vehicle, property-tax, insurance, and secured-debt expenses
    may change under the Chapter 11 plan or verified billing.