# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

In re:

Case No. 26-20982-dob

DAVID LEWI-EMMANUEL STOCKMAN

Chapter 11

Debtor.

Hon. Daniel S. Opperman

/

## CREDITOR RUSSELL BUSH'S CONCURRENCE WITH GOF FINANCE-C, LLC'S RESPONSE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE SCHEDULES

### INTRODUCTION

Creditor Russell Bush, M.D. agrees:

**Enough is enough!**

Creditor Bush agrees with all that is contained in the response filed by Creditor GOF to the Court's Order to Show Cause, and incorporates it herein. In addition to the claims, assertions and revelations set forth in the GOF Response, Creditor Bush wishes to point out the following:

- David Stockman's abuse of the legal system continues unchecked with now a recent *fourth* attempted Removal of Dr. Bush's Circuit Court case to the Federal Court, and

- Two Notices of Appeal of Judge Drain's June 17 and June 18 Orders

1

(Exhibit 2 to GOF's response) to challenge the "vexatious litigant" determination of the Court, and a wholly separate Notice of Appeal of the attorney fees sanction issued by the Court (Stockman did not pay the $605 filing fee for either,) and

- The insufficient attempts by Stockman on July 20 and 21 in this Court to "fix" his failures in the filing of this Chapter 11 case.

Stockman has not yet filed Schedules A/B, C, G, H, I, J, SOFA, the Balance Sheets, the Cash Flow Statement. his Credit Counseling Certificate, the required Income Tax returns, Statement of Operations or Summaries of Assets and Liabilities.

Creditor Bush has an Arbitration Award in the amount of $551,800 (with interest to be calculated) issued by Arbitrator Kenneth Schmidt, retired Bay County Circuit Judge. He has been waiting nearly 18 months to get his Award confirmed by the Circuit Court, as each of about 6 attempts were thwarted by Stockman's abusive use of this Court and the Federal District Court by strategically timed bankruptcies and Removals, all with Automatic Stays attached to them, and all filed on the Eve of a Scheduled hearing begore the Circuit Court.

As part of the Ruling on this Motion, Creditor Bush is asking that the Stay in this matter be modified to allow him to get a ruling from the Circuit Court on the Confirmation of the Arbitration Award and the entry of a Judgment on it.

## CONCLUSION

2

"Cause" exists to dismiss or convert this case. It is in the best interest of all of the creditors to convert rather than dismiss this case. As a result, it must be converted.

Respectfully submitted,
Garske, Hewitt & Rodenbo, PLC

Dated: July 22, 2026

/s/ Stephan Gaus  (P28943)
Atty for Russell Bush, MD
708 S. Euclid Ave.
Bay City, MI  48706
989-355-0100
Email: gaus@ghr.law

/s / J. Joseph Purtell   Dated: 7-22-2026
J. JOSEPH PURTELL (P29222)
Atty for Russell Bush, M.D.
703 Washington Ave., Suite 200
Bay City, MI  48708
Tel.: (989) 892-0591
Email: joe@glblg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a copy upon the following pro se party by electronic mail:

David Lewi-Emmanuel Stockman
5805 McCarty Road
Saginaw, MI 48603
dstockma4@icloud.com

/s/ Stephan Gaus
Stephan Gaus

3

Prepared by:
Stephan Gaus (P28943)
Garske, Hewitt & Rodenbo, PLC
708 S. Euclid Ave.
Bay City, MI 48708
(989) 355-0100

DOCUMENT ID: 281035