# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

**DAVID STOCKMAN, M.D.,**

    Debtor.

Case No. 26-20982-dob

Chapter 11

Hon. Daniel S. Opperman

## SECOND DECLARATION OF DEBTOR REGARDING CONTINUING EFFORTS TO ESTABLISH DEBTOR-IN-POSSESSION BANK ACCOUNTS

I, David Stockman, M.D., the Debtor and debtor in possession in the above-captioned Chapter 11 case, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this Second Declaration to supplement the information previously provided to the Court and the United States Trustee concerning my continuing efforts to establish the required debtor-in-possession bank accounts.

2. On July 22, 2026, I spoke with Stacie VanOchten at PNC Bank regarding the opening of debtor-in-possession bank accounts.

3. I explained that, as a Chapter 11 debtor in possession, I am required to maintain appropriately designated debtor-in-possession accounts in accordance with the United States Trustee's operating requirements.

4. After that conversation, I emailed Ms. VanOchten the applicable banking requirements, including the referenced screenshot and page 10 of the United States Trustee's guidelines, together with a written summary identifying the required General Operating Account and Tax Account.

5. The request is presently under review by the PNC branch manager and PNC's legal and compliance personnel, who are determining the procedures necessary to establish the accounts in conformity with the applicable bankruptcy requirements.

6. As of the execution of this Declaration, PNC has not issued a final determination, and the request remains pending.

7. I will continue to follow up promptly with PNC Bank and will keep the Court and the United States Trustee informed of material developments concerning the opening of the debtor-in-possession accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2026, at Saginaw, Michigan.

*/s/ David Stockman, M.D.*
**David Stockman, M.D.**
Debtor
Saginaw, Michigan
dstockma4@icloud.com

**From:** **Vanochten, Stacie L** stacie.vanochten@pnc.com
**Subject:** RE: Request to Open Chapter 11 Debtor-in-Possession (DIP) Accounts at PNC – Case 26-20982-dob
**Date:** July 22, 2026 at 1:00 PM
**To:** David Stockman dstockma4@icloud.com

I have your docs sent to the appropriate area.  I will let you know next steps.
Stacie


**Stacie L VanOchten**
VP Branch Manager
NMLS 576816
*PNC Certified Women Business Advocate*
*PNC Certified Minority Business Advocate*
Towne Centre Office


**PNC Bank**
Towne Centre
R2-B829-01-1
2322 Tittabawasee Rd
Saginaw MI  48604
Phone:  989-797-9165
Fax:  989-797-9294
stacie.vanochten@pnc.com


**From:** David Stockman <dstockma4@icloud.com>
**Sent:** Wednesday, July 22, 2026 8:59 AM
**To:** Vanochten, Stacie L <stacie.vanochten@pnc.com>
**Subject:** Request to Open Chapter 11 Debtor-in-Possession (DIP) Accounts at PNC – Case 26-20982-dob


Dear Stacie,

I have attached the screenshot as well as the document located on page 10. I recently filed a Chapter 11 bankruptcy petition and am operating as Debtor-in-Possession. I need to open the required DIP bank accounts and would appreciate
 your legal/compliance team's prompt review.

**Required Accounts (minimum of two):**

1. **General Account (DIP Operating Account)**

   - All revenues, receipts, income, wages, and other funds must be deposited into this account.
   - No cash or off-account transactions are permitted.

2. **Tax Account**

   - Funds sufficient to cover accruing tax liabilities must be transferred into this account and paid timely to taxing authorities.

3. **Payroll Account** (if required)

   - M... d... d... if th... .... .... th.. 10 .... .... .. if .... ... d b.. th..

o May be needed if there are more than 10 employees or if required by the U.S. Trustee.

**Key Bank Requirements:**

- The bank must send copies of monthly bank statements (only) directly to the United States Trustee.
- Account titles must reflect "Debtor-in-Possession" status.
- No additional accounts may be opened without prior U.S. Trustee / Court approval.
- All pre-petition accounts have been (or will be) closed.

I will provide:

- Form A listing the new accounts
- Initial statements and voided first check from each new account
- Case details and any required court orders

**Case Number:** 26-20982-dob

Please let me know what specific documentation, resolutions, or forms your legal team requires so we can open these accounts quickly.

Thank you for your assistance.

Best regards,

David Stockman MD

## 3. BANK ACCOUNT REQUIREMENTS

a. All prepetition bank accounts over which the debtor has possession, custody, control, ownership or access must be closed immediately upon the filing of the chapter 11 petition. At the initial debtor interview, the debtor shall deliver to the United States Trustee attached **Form A**, which lists all prepetition bank accounts used by the debtor whether in the name of the debtor or in some other name. Copies of the final statements for closed accounts, the initial statements for the required newly opened accounts and a voided copy of the first check from each account shall also be provided to the United States Trustee.

b.    Immediately upon the filing of the petition, a minimum of two new bank accounts must be opened by the debtor at an authorized depository (see subsection (e) of this section). The new accounts should be detailed on attached **Form A**. The two mandatory new accounts are the general and tax accounts as follows:

**1.)    General Account:**  All revenues and receipts and all other income (including wages) received by the chapter 11 debtor shall be deposited into this account.  Under no circumstances, may a debtor engage in cash or any other transactions that do not pass through this account.

**2.)    Tax Account:**  Sufficient funds to cover tax liabilities must be deposited into this account from the General Account as they accrue. They must be timely paid in the manner specified by the appropriate taxing authorities.  If requested by the United States Trustee.

**3.)    Payroll Account:**  A payroll account may be required if the debtor has more than ten (10) employees or if the United States Trustee specifically requires such an account in cases of ten (10) or less employees.

c.    The debtor is obligated to ensure that the bank is directed to send a copy of the

monthly bank statements (only) to the United States Trustee. **Banks refusing to perform this service may not hold the funds of bankruptcy estates subject to these requirements.**

      d.     After the opening of the initial debtor in possession accounts as specified in (b) above, no additional debtor in possession bank accounts or any other bank accounts shall be opened by or on behalf of the debtor during the pendency of the Chapter 11 proceedings without the prior authorization of the Office of the United States Trustee and/or the United States Bankruptcy Court.

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at https://cloud.e.pnc.com/globalunsub PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com