**Fill in this information to identify your case:**

Debtor 1 __David Lewi-Emmanuel Stockman__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Michigan__

Case number __26-20982-dob__
(If known)

☐ Check if this is an amended filing

**PLANNING DRAFT - CURRENT AND PROPOSED INCOME**

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property*   (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **375,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **63,550.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **438,550.00** |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D | $ At least 5,621,230.61* |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F | + $ At least 1,878,267.93 |

**Student-loan component of line 3b: $487,000.00 (MOHELA).**
This amount is copied from Schedule E/F line 6f and is already included in the unsecured-claim total.

**Your total liabilities**          $ At least 7,499,498.54*

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income*   (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I | Proposed est.: $32,451.47  Current: $15,822.77 |
| 5. *Schedule J: Your Expenses*  (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J | $ **16,572.24** |

* Liability minimum uses known scheduled amounts only. Known total range is $7,499,498.54-$7,502,114.54, plus unknown/unliquidated claims.

Proposed income assumes Debtor 1 gross pay of $30,000/month, the current 23.82% payroll-deduction ratio, and spouse net income unchanged; verify with payroll records.

26-20982-dob    Doc 70    Filed 07/23/26    Entered 07/23/26 10:58:00    Page 1 of 2

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**
Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.**
You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the Statement of Your Current Monthly Income:**    Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ _____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ 487,000 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ |
| 9g. **Total.**  Add lines 9a through 9f. | $ 487,000 |