**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

| | |
|---|---|
| *In re:* | Case No. **26-20982-dob** |
| **DAVID LEWI-EMMANUEL STOCKMAN,** | Chapter **11 (Subchapter V)** |
| *Debtor.* | Hon. **Daniel S. Opperman** |
| _____/ | |

### <u>DEBTOR'S DECLARATION REGARDING STATEMENT OF OPERATIONS</u>

I, David Lewi-Emmanuel Stockman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Debtor and Debtor-in-Possession in this Chapter 11 case and elected treatment under Subchapter V.

2. This declaration is submitted in connection with the filing requirements of 11 U.S.C. §§ 1187(a) and 1116(1) and concerns only the Statement of Operations identified on the Court's notice of missing documents.

3. As of the petition date, June 26, 2026, no separate personal statement of operations or personal profit-and-loss statement had been prepared for me in my individual capacity.

4. I receive compensation from one or more separately organized business entities. The gross receipts, operating expenses, assets, liabilities, and books of those entities are separate from my individual financial activity and are not represented as my personal operating results.

5. My current compensation has been reduced because garnishments and levies have affected the liquidity and operations of the business from which I receive compensation. My historical compensation therefore is not necessarily representative of the income I currently receive or reasonably expect to receive.

6. My actual current compensation is disclosed in Schedule I, supporting pay records, and other financial disclosures filed or provided in this case. I will separately file a cash-flow statement. This declaration does not state that no cash-flow statement has been prepared or will be submitted.

7. This declaration is limited to explaining the absence, as of the petition date, of a separate personal statement of operations. I will promptly supplement or amend this filing if a responsive prepetition statement is located or if the Court, the United States Trustee, or the Subchapter V Trustee requires additional information.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed: July 22, 2026 | **/s/ David Lewi-Emmanuel Stockman** |
| Saginaw, Michigan | David Lewi-Emmanuel Stockman |
| | Debtor-in-Possession, Pro Se |
| | 5805 McCarty Rd. |
| | Saginaw, Michigan 48603 |
| | Telephone: (989) 341-3017 |
| | Email: dstockma4@icloud.com |