**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br><br>DAVID LEWI-EMMANUEL STOCKMAN,<br>Debtor. | **Case No. 26-20982-dob**<br><br>**Chapter 11** |

# DEBTOR'S MONTHLY CASH FLOW STATEMENT

### CURRENT SCHEDULE-BASED FIGURES AND PROPOSED SALARY PROJECTION

> Basis: Current figures are copied or calculated from Schedule I and Schedule J. The proposed column assumes Debtor 1 receives $30,000.00 in gross monthly salary, uses Debtor 1's current Schedule I payroll-deduction percentage as an estimate, and keeps the nonfiling spouse's Schedule I take-home pay and Schedule J expenses unchanged.

## A. MONTHLY CASH INFLOWS

| Cash inflow | Current | Proposed |
|---|---|---|
| Debtor 1 gross wages | $8,173.08 | $30,000.00 |
| Less: estimated payroll deductions | ($1,946.47) | ($7,144.69) |
| Debtor 1 take-home pay | $6,226.61 | $22,855.31 |
| Nonfiling spouse take-home pay | $9,596.16 | $9,596.16 |
| Other regular income | $0.00 | $0.00 |
| **TOTAL MONTHLY CASH INFLOWS** | **$15,822.77** | **$32,451.47** |

## B. MONTHLY CASH OUTFLOWS

| Schedule J expense | Amount |
|---|---|
| Residence mortgage / home ownership expense | $4,700.00 |
| Real estate taxes | $2,142.50 |
| Homeowner's insurance | $1,200.00 |
| Home maintenance, repair, and upkeep | $300.00 |
| Electricity, heat, and natural gas | $400.00 |
| Water, sewer, and garbage | $150.00 |
| Telephone, cell phone, Internet, satellite, and cable | $600.00 |
| Food and housekeeping supplies | $1,200.00 |
| Childcare and children's education | $800.00 |
| Clothing, laundry, and dry cleaning | $250.00 |
| Personal care products and services | $150.00 |
| Medical and dental expenses | $250.00 |
| Transportation, excluding car payments | $600.00 |
| Entertainment and recreation | $300.00 |
| Life insurance | $436.99 |
| Health insurance | $1,359.48 |
| Vehicle insurance | $133.86 |
| Vehicle payment | $1,164.91 |
| Court filing-fee installment | $434.50 |
| **TOTAL MONTHLY CASH OUTFLOWS** | **$16,572.24** |

## C. NET MONTHLY CASH FLOW

| Calculation | Current | Proposed |
|---|---|---|
| Total monthly cash inflows | $15,822.77 | $32,451.47 |
| Less: total monthly cash outflows | ($16,572.24) | ($16,572.24) |
| **NET MONTHLY CASH FLOW** | **($749.47)** | **$15,879.23** |
| **Net cash flow after $434.50 filing-fee installment ends** | **($314.97)** | **$16,313.73** |

## RECONCILIATION AND PROJECTION NOTES

- Schedule I line 12 reports combined monthly income of $15,822.77.
- Schedule J line 22c reports monthly expenses of $16,572.24.
- Schedule J line 23a carries forward $9,734.05 rather than the $15,822.77 shown on Schedule I. This statement therefore calculates current net monthly cash flow as negative $749.47.
- The proposed column is a projection, not current income. It assumes the $30,000 gross monthly salary becomes effective and estimates payroll deductions at 23.82%, the same percentage shown for Debtor 1 on the current Schedule I.
- Actual payroll deductions may differ. The proposed figures should be replaced with payroll records once the salary is effective.
- Schedule J states that the $434.50 court filing-fee installment ends after October 5, 2026.

I declare under penalty of perjury that I have reviewed this statement and that the current figures are consistent with the schedules identified above. The proposed figures are estimates based on the stated salary assumption.

_____                                 07/23/2026

David Lewi-Emmanuel Stockman, Debtor-in-Possession                       Date