## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**DAVID LEWI-EMMANUEL STOCKMAN,**<br>**Debtor.** | **Case No. 26-20982-dob**<br>**Chapter 11 - Subchapter V**<br>**Hon. Daniel S. Opperman** |

# DEBTOR'S SCHEDULE-BASED BALANCE SHEET

*As of the Petition Date - Prepared Solely from Filed Bankruptcy Schedules*

| Scheduled Category | Amount | Source |
|---|---|---|
| **ASSETS** | | |
| Real estate - debtor's scheduled portion | $375,000.00 | Schedule A/B, Part 1, line 55 |
| Vehicles | $45,000.00 | Schedule A/B, Part 2, line 56 |
| Personal and household items | $18,050.00 | Schedule A/B, Part 3, line 57 |
| Financial assets with quantified value | $500.00 | Schedule A/B, Part 4, line 58 |
| Business-related property | $0.00 | Schedule A/B, Part 5, line 59 |
| Farm- and fishing-related property | $0.00 | Schedule A/B, Part 6, line 60 |
| Other property not otherwise listed | $0.00 | Schedule A/B, Part 7, line 61 |
| **TOTAL QUANTIFIED ASSETS** | **$438,550.00** | **Schedule A/B, line 63** |
| **LIABILITIES** | | |
| Secured claims with stated dollar amounts | $5,621,230.61 - $5,623,846.61 | Calculated from Schedule D stated amounts; additional secured claims are Unknown. |
| Priority unsecured claims | $0.00 | Schedule E/F, line 6e |
| Nonpriority unsecured claims | At least $1,878,267.93 | Schedule E/F, line 6j |
| **TOTAL QUANTIFIED LIABILITIES** | **$7,499,498.54 - $7,502,114.54** | **Excludes claims scheduled as Unknown.** |
| **QUANTIFIED NET POSITION** | | |
| **NET DEFICIT BASED ONLY ON QUANTIFIED SCHEDULED AMOUNTS** | **($7,060,948.54) - ($7,063,564.54)** | **Not a final net-worth figure because several assets and claims are scheduled as Unknown.** |

**Important limitation:** This balance sheet copies or arithmetically summarizes only the filed schedules. It does not assign values to items shown as Unknown, does not treat Unknown as zero, and does not add collateral values to asset totals unless those values appear on Schedule A/B.

Case No. 26-20982-dob - Schedule-Based Balance Sheet

# SCHEDULED ITEMS WITH UNKNOWN OR UNLIQUIDATED VALUES

These items are disclosed in the schedules but are excluded from the quantified totals above because the schedules do not provide a current dollar value or claim amount.

## UNQUANTIFIED SCHEDULED ASSETS

| Item | Schedule Treatment |
|---|---|
| **Business ownership interests** | Becker-Presente, LLC; Michigan Health Clinics, P.C.; and additional entities - scheduled value Unknown. |
| **Retirement account** | TIAA-CREF / American Funds 2045 Target Date Retirement Fund, Class R6 - scheduled value Unknown. |
| **Intellectual-property rights** | Elsevier and other royalty, copyright, website/domain, and licensing rights - scheduled value Unknown. |
| **Tax refund** | Potential 2025 federal refund, contingent and subject to IRS review/setoff - scheduled value Unknown. |
| **Receivables** | Receivables with reported face amount of approximately $1,943,904 - scheduled current value Unknown. |
| **Claims and rights of recovery** | Litigation claims, counterclaims, setoff rights, tax attributes, and related contingent rights - scheduled value Unknown. |

## UNQUANTIFIED SCHEDULED LIABILITIES

| Item | Schedule Treatment |
|---|---|
| **Ameris Bank d/b/a Balboa Capital Corporation** | Secured claim amount scheduled as Unknown. |
| **Internal Revenue Service** | Secured claim amount scheduled as Unknown. |
| **County of Saginaw** | Secured property-tax claim amount scheduled as Unknown. |
| **Unknown nonpriority claims** | Brian Hart; Magdalena Perez; NeoGenomics Laboratories, Inc.; Northwest Pathology Consultants, PC; Randy Tashjian IRA; TIAA, FSB; and Vox Funding, LLC are each scheduled with an Unknown claim amount. |

## METHOD USED

- Assets are taken from Schedule A/B, including the total of $438,550 shown on line 63.
- Secured liabilities are calculated from the stated dollar amounts on Schedule D. Claims listed as Unknown are not assigned a value.
- Unsecured liabilities use the totals shown on Schedule E/F: $0 priority and at least $1,878,267.93 nonpriority.
- Schedules G and H provide contract and codebtor information but do not add a separate dollar amount to this balance sheet unless the claim is already listed on Schedule D or E/F.

I certify that this document is intended only as a summary of the filed schedules and should be read together with those schedules and any later amendments.

_____     07/23/2026
David Lewi-Emmanuel Stockman, Debtor-in-Possession, Pro Se          Date