IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,        Case No. 26-20982-dob
                                   Chapter 11 Proceeding

        Debtor.                   Hon. Daniel S. Opperman

_____/

### ORDER REGARDING JULY 16, 2026 ORDER TO SHOW CAUSE AND IMPOSING CERTAIN DEADLINES UPON DEBTOR OR CASE SHALL BE CONVERTED TO CHAPTER 7

On July 23, 2026, the Court held a hearing on its Order To Show Cause Why Case Should Not Be Dismissed for failure to file certain required documents and forms. At this hearing, the following individuals appeared: Debtor, the Subchapter V Trustee, counsel for the United States Trustee, counsel for GOF Finance-C, LLC, and counsel for Russell Bush. The Court noted that certain documents remain unfiled, determined that additional relief may be appropriate, and continued the Order To Show Cause upon certain conditions.

Accordingly, IT IS HEREBY ORDERED that the Court's above-referenced Order To Show Cause is continued upon the following conditions:

A. Debtor shall pay the Subchapter V Trustee, Deborah L. Fish, $1,000.00 on or before **July 29, 2026;**

B. On or before **August 7, 2026,** Debtor shall provide the following documents to the United States Trustee, c/o Kelley Callard: federal and state tax returns for 2023 and 2024; evidence of closure of existing bank account(s) and opening of new DIP bank account(s); and proof of insurance for all estate property;

C. On or before **August 7, 2026,** Debtor shall file the documents and forms that have not been filed pursuant to the Court's July 16, 2026 Order To Show Cause;

IT IS FURTHER ORDERED that if the above conditions are not complied with by the above deadlines, upon affidavit filed with the Court by the applicable party or counsel, the Court shall enter an order converting this case to Chapter 7.

**Signed on July 23, 2026**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**