UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,     Case No. 26-20982-dob
                                      Chapter 11 Proceeding
       Debtor.                           Hon. Daniel S. Opperman
_____/

### ORDER REGARDING DEBTOR'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE, CIVIL CONTEMPT, SANCTIONS, AND IMMEDIATE WITHDRAWAL OF FILING MADE IN WILLFUL VIOLATION OF THE AUTOMATIC STAY

On July 24, 2026, the Debtor filed an Emergency Motion for Order to Show Cause, Civil Contempt, Sanctions, and Immediate Withdrawal of Filing Made in Willful Violation of the Automatic Stay ("Motion"). After reviewing this Motion, the Court concludes that deadlines should be set regarding this Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that responses to the Debtor's Motion must be filed by August 10, 2026.

IT IS FURTHER ORDERED that any reply to any response must be filed by 5:00 p.m. EDT on August 12, 2026.

IT IS FURTHER ORDERED that the Court will conduct a hearing on the Debtor's Motion on ***Thursday, August 13, 2026 at 1:30 p.m. and the parties must appear in person at the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708.***

**Signed on July 27, 2026**



**/s/ Daniel S. Opperman**
_____
**Daniel S. Opperman**
**United States Bankruptcy Judge**

1