UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY


IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Chapter 11 Proceeding
Hon. Daniel S. Opperman

_____/


ORDER DENYING DEBTOR'S MOTION FOR LEAVE TO REGISTER AS A CM/ECF
FILER, FOR LIMITED ELECTRONIC FILING PRIVILEGES, AND FOR RELATED RELIEF
(DOCKET NO. 85) AND PARTIALLY GRANTING DEBTOR'S MOTION TO RECEIVE
ELECTRONIC NOTICE AND SERVICE, TO BE ADDED TO THE CM/ECF ELECTRONIC
NOTICE LIST, AND, ALTERNATIVELY, FOR DeBN ENROLLMENT (DOCKET NO. 86)

On July 24, 2026, the Debtor, David Stockman, filed a Motion for Leave to Register as a

CM/ECF Filer, for Limited Electronic Filing Privileges, and for Related Relief ("Motion"). In his

Motion, Dr. Stockman states that he is appearing pro se and is asking for leave of this Court to be

able to file pleadings electronically through the Court's CM/ECF system. Among other arguments,

Dr. Stockman points out that it would be convenient for him to file electronically so that he can

avoid having to travel to Bay City from Saginaw, Michigan to file papers.

Dr. Stockman's argument carries some weight in that it is more convenient and expeditious

to file pleadings with this Court via electronic means, as opposed to the physical delivery of papers.

That said, Dr. Stockman has, in the past, utilized the electronic filing system for pro se parties,

commonly known as the PEDUP. A cursory review of the pleadings filed by Dr. Stockman,

utilizing the PEDUP system, shows that these filings are generally accepted, and all within a

reasonable period of time. The reason for the relief requested by Dr. Stockman is met by the

Court's PEDUP system.

Moreover, ECF Procedure 3(b) states that paper filings must be filed by pro se parties. The

Court's ECF system is designed to be used by attorneys or individuals supervised by attorneys,

and not pro se parties.

The Court notes that Dr. Stockman requested the ability to enroll in the Court's DeBN Enrollment Program. His request is proper and the Clerk of the Court has taken steps to complete that enrollment process.

According, the Court denies the request by Dr. Stockman to participate in the Court's CM/ECF system because adequate remedies exist to file pleadings with this Court through the Court's PEDUP system.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Leave to File Electronically Via CM/ECF System (Docket No. 85) is DENIED.

IT IS FURTHER ORDERED that the Motion for DeBN enrollment (Docket No. 86) is partially GRANTED, but the remainder of the relief requested in that Motion is DENIED.

**Signed on July 28, 2026**



**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**