IN RE:

**DAVID LEWI-EMMANUEL STOCKMAN,**

Debtor-in-Possession.

Case No. **26-20982-dob**

Chapter 11 - Subchapter V

Hon. Daniel S. Opperman

## NOTICE OF PROVISION OF 2023 AND 2024 FEDERAL INCOME TAX RETURNS

## TO SUBCHAPTER V TRUSTEE

David Lewi-Emmanuel Stockman, Debtor and Debtor-in-Possession, appearing pro se, hereby gives notice that copies of his completed **2023 and 2024 federal income tax returns have been provided to the Subchapter V Trustee**.

This Notice is filed solely to document the Debtor's compliance and the provision of the requested tax returns to the Trustee.

Respectfully submitted,

**/s/ David Lewi-Emmanuel Stockman**
DAVID LEWI-EMMANUEL STOCKMAN
Debtor and Debtor-in-Possession, Pro Se
5805 McCarty Road
Saginaw, Michigan 48603
Telephone: (989) 341-3017

Dated: August 7, 2026