Debtor Name   David Lewi-Emmanuel Stockman

United States Bankruptcy Court for the: Eastern   District of _____   Michigan

Case number: 26-20982-dob

❑ Check if this is an
amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:          June 2026

Date report filed:   08/07/2026
MM / DD / YYYY

Line of business:   Individual physician / medical practice

NAISC code:   621111

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                   David Lewi-Emmanuel Stockman

Original signature of responsible party   _____

Printed name of responsible party         David Lewi-Emmanuel Stockman

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ☒ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ☒ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ☒ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☒ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☒ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ☒ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☒ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☒ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☒ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☒ | ❑ |

17. Have you paid any bills you owed before you filed bankruptcy?    ❏  ☒  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏  ☒  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 500.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 500.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**
    
    *(Exhibit F)*

$ 1,943,904.00

## 5. Employees

26. What was the number of employees when the case was filed?  0

27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00

30. How much have you paid this month in other professional fees?  $ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ N/A | − | $ 0.00 | = | $ N/A |
| 33. **Cash disbursements** | $ N/A | − | $ 0.00 | = | $ N/A |
| 34. **Net cash flow** | $ N/A | − | $ 0.00 | = | $ N/A |

35. Total projected cash receipts for the next month:  $ N/A

36. Total projected cash disbursements for the next month:  ‑ $ N/A

37. Total projected net cash flow for the next month:  = $ N/A

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑ 39.  Bank reconciliation reports for each account.

❑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑ 41.  Budget, projection, or forecast reports.

❑ 42.  Project, job costing, or work-in-progress reports.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION / BAY CITY**

In re:                                                                Case No. 26-20982-dob

DAVID LEWI-EMMANUEL STOCKMAN,                    Chapter 11 - Subchapter V

Debtor-in-Possession.                                          Hon. Daniel S. Opperman

_____

**SUPPLEMENTAL STATEMENT REGARDING INITIAL REPORTING PERIOD**

Reporting period: June 26, 2026 through June 30, 2026

1. This is the Debtor's first Monthly Operating Report. The petition was filed on June 26, 2026, so this report covers only the postpetition period from June 26 through June 30, 2026.

2. The Debtor reports approximately $500.00 in physical cash on hand as of the petition date. The Debtor's filed Schedule A/B reports $500.00 in cash and no personal deposit accounts. Accordingly, line 19 reflects $500.00 as the opening cash balance.

3. The Debtor reports no personal cash receipts and no personal cash disbursements during the five-day reporting period. The separate bank accounts of corporations, professional corporations, LLCs, or other affiliated entities are not personal accounts of the individual Debtor and are not included in this report.

4. No personal debtor-in-possession bank account was open during this initial five-day reporting period. Because the Debtor reports no personal receipts during the period, there were no receipts to deposit into a DIP account during June 26-30, 2026.

5. The Debtor directly employed zero employees during the reporting period. Questionnaire items concerning employee payroll, deposit of receipts, quarterly U.S. Trustee fees, and other matters not arising during this five-day period are marked N/A where appropriate.

6. The projection section is marked N/A where a projection is required because no reliable first-month personal cash-flow projection had been established as of June 30, 2026. Actual June receipts,

disbursements, and net cash flow are reported as $0.00. The Debtor will report subsequent actual activity and updated projections in later monthly operating reports and will amend this report if a material correction becomes necessary.

7. Questionnaire line 12 is marked N/A because no transfer or sale of the individual Debtor's personal assets to a related person is identified in the available record, and the report does not assume that ownership or management of a separate entity is itself a reportable transfer. If the Debtor personally provided compensable services to a related person or entity during June 26-30, 2026, line 12 should be changed to Yes and explained in Exhibit B.

8. Questionnaire line 15 is answered No based on the Debtor's present information that no money was borrowed and no third party made a payment on the Debtor's behalf during June 26-30, 2026. If that understanding is incorrect, this report should be amended before or promptly after filing.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION / BAY CITY**

In re:                                          Case No. 26-20982-dob

DAVID LEWI-EMMANUEL STOCKMAN,        Chapter 11 - Subchapter V

Debtor-in-Possession.                   Hon. Daniel S. Opperman

---

**EXHIBIT C - CASH RECEIPTS**

Reporting period: June 26, 2026 through June 30, 2026

The Debtor reports no personal cash receipts during the reporting period.

| Date | Source | Description | Amount |
|------|--------|-------------|--------|
| June 26-30, 2026 | None | No personal cash receipts reported | $0.00 |
| | | | Total: $0.00 |

| | |
|---|---|
| In re: | Case No. 26-20982-dob |
| DAVID LEWI-EMMANUEL STOCKMAN, | Chapter 11 - Subchapter V |
| Debtor-in-Possession. | Hon. Daniel S. Opperman |

---

### EXHIBIT D - CASH DISBURSEMENTS

Reporting period: June 26, 2026 through June 30, 2026

The Debtor reports no personal cash disbursements during the reporting period.

| Date paid | Payee | Purpose | Amount |
|---|---|---|---|
| June 26-30, 2026 | None | No personal payments or disbursements reported | $0.00 |
| | | | Total: $0.00 |

Case No. 26-20982-dob - June 2026 MOR Attachment - Page 4

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION / BAY CITY**

In re:                                                    Case No. 26-20982-dob

DAVID LEWI-EMMANUEL STOCKMAN,              Chapter 11 - Subchapter V

Debtor-in-Possession.                                 Hon. Daniel S. Opperman

---

**EXHIBIT E - UNPAID POSTPETITION BILLS**

Reporting period: June 26, 2026 through June 30, 2026

Based on the Debtor's current records and recollection, the Debtor has identified no debt incurred during June 26-30, 2026 that remained unpaid as of June 30, 2026. This does not include claims or obligations incurred before the June 26, 2026 petition date.

| Date incurred | Creditor | Purpose | Due date | Amount |
|---|---|---|---|---|
| None identified | - | - | - | $0.00 |
| | | | | Total: $0.00 |

Case No. 26-20982-dob - June 2026 MOR Attachment - Page 3

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION / BAY CITY

| | |
|---|---|
| In re: | Case No. 26-20982-dob |
| DAVID LEWI-EMMANUEL STOCKMAN, | Chapter 11 - Subchapter V |
| Debtor-in-Possession. | Hon. Daniel S. Opperman |

## EXHIBIT F - MONEY OWED TO THE DEBTOR / RECEIVABLES

Reporting period: June 26, 2026 through June 30, 2026

The Debtor's filed Schedule A/B identifies receivables from the following parties with an aggregate reported face amount of approximately $1,943,904.00. These amounts are reported at face amount for Form 425C; collectability, offsets, defenses, ownership issues, and current value may be disputed or undetermined.

| Party owing money | Reported face amount | Status / due date |
|---|---|---|
| Michigan Health Clinics, P.C. | $1,553,904.00 | Disputed / due date not fixed |
| Michigan Institute of Forensic Science and Medicine, P.C. | $300,000.00 | Disputed / due date not fixed |
| Covenant HealthCare | $80,000.00 | Disputed / due date not fixed |
| CompHealth | $10,000.00 | Disputed / due date not fixed |
| Total reported face amount | $1,943,904.00 | |

This Exhibit F lists receivables disclosed as assets of the individual Debtor. It does not include or rely on balances or transactions from bank accounts owned by separate business entities.