UNSIGNED REVIEW DRAFT - VERIFY ATTACHMENT BEFORE FILING

**Fill in this information to identify your case:**

Debtor 1   David Lewi-Emmanuel Stockman
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Eastern District of Michigan

Case number   26-20982-dob
(If known)   _____

❑ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☒ Married
   ❑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ❑ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
   | _____<br>Number     Street<br><br>_____<br>City          State   ZIP Code | From _____<br>To   _____ | _____<br>Number   Street<br><br>_____<br>City          State   ZIP Code | From _____<br>To   _____ |
   | | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
   | _____<br>Number     Street<br><br>_____<br>City          State   ZIP Code | From _____<br>To   _____ | _____<br>Number   Street<br><br>_____<br>City          State   ZIP Code | From _____<br>To   _____ |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

26-20982-dob   Doc 142   Filed 08/07/26   Entered 08/07/26 15:39:06   Page 1 of 30

Debtor 1    David Lewi-Emmanuel Stockman _____    Case number *(if known)* 26-20982-dob _____

First Name        Middle Name        Last Name

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ 31,444.00 _____ | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $_____ |
| **For last calendar year:** <br> (January 1 to December 31, 2025____) <br> YYYY | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ 98,077.00 _____ | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $_____ |
| **For the calendar year before that:** <br> (January 1 to December 31, 2024____) <br> YYYY | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ 0.00 _____ | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $_____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ <br> _____ <br> _____ | $_____ <br> $_____ <br> $_____ | _____ <br> _____ <br> _____ | $_____ <br> $_____ <br> $_____ |
| **For last calendar year:** <br> (January 1 to December 31, 2025____) <br> YYYY | _____ <br> _____ <br> _____ | _____ <br> _____ <br> $_____ | _____ <br> _____ <br> _____ | $_____ <br> $_____ <br> $_____ |
| **For the calendar year before that:** <br> (January 1 to December 31, 2024____) <br> YYYY | Interest income _____ <br> Elsevier Inc. royalties _____ <br> _____ | $ 57.00 <br> $ 12.00 <br> $ | _____ <br> _____ <br> _____ | $_____ <br> $_____ <br> $_____ |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Internal Revenue Service<br>Creditor's Name<br><br>See Schedule E/F<br>Number    Street<br><br><br><br>See attach.<br>City    State    ZIP Code | Various<br><br>_____<br><br><br>_____<br><br><br>_____ | $ Unknown | $ See E/F | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☒ Other Tax levy |
| Creditor's Name<br><br>Number    Street<br><br><br><br>City    State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br><br><br>City    State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

26-20982-dob    Doc 142    Filed 08/07/26    Entered 08/07/26 15:39:06    Page 3 of 30

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
☒ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Jennifer Arizo Stockman<br>Insider's Name<br><br>5805 McCarty Rd.<br>Number    Street<br><br>Saginaw          MI    48603<br>City          State    ZIP Code | Various<br>_____<br><br>_____<br><br>_____ | See att.<br>$_____ | See Sch. D<br>$_____ | Payments, if any, on jointly secured McCarty residence debt to Frankenmuth Credit Union; exact dates and amounts require bank verification. See continuation. |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | |

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ❑ No
   ❑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title __SEE PART 4 ATTACHMENT__ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number   Street _____ <br><br> City    State    ZIP Code | ❑ Pending <br> ❑ On appeal <br> ❑ Concluded |
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number   Street _____ <br><br> City    State    ZIP Code | ❑ Pending <br> ❑ On appeal <br> ❑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    SEE PART 4 ATTACHMENT

    ❑ No.   Go to line 11.
    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number   Street <br><br> _____ <br><br> _____ <br> City    State   ZIP Code | | _____ | $_____ |
| | **Explain what happened** <br> ❑ Property was repossessed. <br> ❑ Property was foreclosed. <br> ❑ Property was garnished. <br> ❑ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number   Street <br><br> _____ <br><br> _____ <br> City    State   ZIP Code | | _____ | $_____ |
| | **Explain what happened** <br> ❑ Property was repossessed. <br> ❑ Property was foreclosed. <br> ❑ Property was garnished. <br> ❑ Property was attached, seized, or levied. | | |

26-20982-dob    Doc 142    Filed 08/07/26    Entered 08/07/26 15:39:06    Page 5 of 30

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | | _____ | $ _____ |

Last 4 digits of account number: XXXX–___  ___  ___  ___

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☐ Yes

---

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code<br><br>Person's relationship to you  _____ | | _____<br><br>_____ | $ _____<br><br>$ _____ |
| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code<br><br>Person's relationship to you _____ | | _____<br><br>_____ | $ _____<br><br>$ _____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Catholic Diocese of Saginaw<br>Charity's Name<br><br>5800 Weiss St.<br><br><br>Number    Street<br><br>Saginaw, MI 48603-2762<br>City        State        ZIP Code | Cash/check charitable contributions | Various<br><br> | $ Approx. 5,000<br><br>$ |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br><br>Number    Street<br><br><br>City        State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | | ____<br><br>_____ | _____<br><br>$_____ |

26-20982-dob    Doc 142    Filed 08/07/26    Entered 08/07/26 15:39:06    Page 7 of 30

Debtor 1    David Lewi-Emmanuel Stockman _____    Case number *(if known)* 26-20982-dob _____

First Name          Middle Name          Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____ <br><br><br>_____ | $_____ <br><br><br>$_____ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | | _____ <br><br><br>_____ | $_____ <br><br><br>$_____ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you _____ | | | _____ |
| _____<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you _____ | | | _____ |

26-20982-dob    Doc 142    Filed 08/07/26    Entered 08/07/26 15:39:06    Page 8 of 30

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No

❑ Yes. Fill in the details.

| Name of trust _____ | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| _____ | | _____ |

---

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No

❑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br> Number   Street _____ <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ❑ Checking <br> ❑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other_____ | _____ | $_____ |
| Name of Financial Institution _____ <br> Number   Street _____ <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ❑ Checking <br> ❑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ <br> Number   Street _____ <br> _____ <br> City   State   ZIP Code | Name _____ <br> Number   Street _____ <br> _____ <br> City   State   ZIP Code | | ❑ No <br> ❑ Yes |

Debtor 1    David Lewi-Emmanuel Stockman      Case number *(if known)* 26-20982-dob

First Name     Middle Name     Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Storage Facility | _____<br>Name | | ☐ No<br>☐ Yes |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City          State      ZIP Code | _____<br>City State  ZIP Code | | |

---

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name | | | $_____ |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City          State      ZIP Code | _____<br>City                State      ZIP Code | | |

---

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City          State      ZIP Code | _____<br>City          State    ZIP Code | | |

26-20982-dob    Doc 142    Filed 08/07/26    Entered 08/07/26 15:39:06    Page 10 of 30

25. Have you notified any governmental unit of any release of hazardous material?

☒ No
❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number   Street | _____ Number   Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
❑ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____ Court Name | | ❑ Pending |
| _____ | _____ Number   Street | | ❑ On appeal |
| _____ Case number | _____ City          State    ZIP Code | | ❑ Concluded |

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
❑ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name   SEE PART 11 ATTACHMENT | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____ City          State    ZIP Code | | From  _____  To _____ |
| _____ Business Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| _____ Number   Street | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ City          State    ZIP Code | Name of accountant or bookkeeper | Dates business existed From  _____  To _____ |

26-20982-dob    Doc 142    Filed 08/07/26    Entered 08/07/26 15:39:06    Page 11 of 30

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Business Name** | | Do not include Social Security number or ITIN. |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | |
| **City          State     ZIP Code** | | From _____ To _____ |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

☐ Yes. Fill in the details below.

SEE PART 11 ATTACHMENT - Q28 VERIFY BEFORE SIGNING

**Date issued**

_____
**Name**

_____
**MM / DD / YYYY**

_____
**Number   Street**

_____

_____
**City          State     ZIP Code**

<table><tr><td style="background:black;color:white"><strong>Part 12:</strong></td><td><strong>Sign Below</strong></td></tr></table>

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ _____
**Signature of Debtor 1**

✘ _____
**Signature of Debtor 2**

Date 08/07/2026

Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No

☒ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

In re: DAVID LEWI-EMMANUEL STOCKMAN, Debtor                    Case No. 26-20982-dob

**CONTINUATION SHEET TO OFFICIAL FORM 107**
**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

**Line 2 - Residence during the three-year lookback**

None. The Debtor has continuously resided at 5805 McCarty Road, Saginaw, Michigan 48603 throughout the applicable three-year lookback period.

**Line 4 - Employment and business income**

January 1, 2026 through June 26, 2026: Michigan Health Clinics, P.C. wages - $31,444.00.

Calendar year 2025: Michigan Health Clinics, P.C. W-2 wages - $98,077.00.

Calendar year 2024: Employment or business income - $0.00.

**Line 5 - Other income**

2026 through June 26, 2026: No other income presently identified apart from the wages reported on Line 4.

2025: No additional income reported on the 2025 federal return apart from the $98,077.00 of W-2 wages reported on Line 4.

2024: Taxable interest - $57.00; Elsevier Inc. royalties - $12.00; total other income - $69.00.

**Line 6 - Payments to creditors during the 90-day period**

The debts are primarily business/nonconsumer debts. Exact payments during March 28, 2026 through June 26, 2026 must be reconciled from bank statements, levy records, and creditor histories before signature. The IRS entry on the official form remains subject to that reconciliation.

**Line 8 - Payments or transfers on debt benefiting an insider**

Jennifer Arizo Stockman is the Debtor's spouse. Any payment during June 26, 2025 through June 26, 2026 that reduced a jointly owed, jointly secured, guaranteed, or cosigned debt must be disclosed after reconciliation of the payment history.

**Line 14 - Charitable contributions**

Catholic Diocese of Saginaw, 5800 Weiss Street, Saginaw, Michigan 48603: approximately $5,000 in charitable contributions during the applicable two-year period; dates and exact total to be confirmed from records if available.

**Items intentionally reserved for separate completion**

Part 4 (Questions 9-12) is left blank on the official form for a separate legal-actions/repossessions attachment. Part 11 (Questions 27-28) is left blank so the business-connection disclosures can be recreated as a clean, complete attachment.

*The Debtor should sign Official Form 107 only after all separate attachments and any remaining account/payment details are complete and accurate.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION - BAY CITY

In re:                                                Case No. 26-20982-dob

**DAVID LEWI-EMMANUEL STOCKMAN,**      **Chapter 11**
                                                      **Subchapter V**
Debtor.

                                                      **Hon. Daniel S. Opperman**

### ATTACHMENT TO OFFICIAL FORM 107
### PART 11 - BUSINESS OR CONNECTIONS TO ANY BUSINESS
### QUESTION 27 BUSINESS-CONNECTION DISCLOSURE

This Attachment is incorporated into the Debtor's Official Form 107. Part 11, Question 27 is answered YES. The Debtor has had connections during the four-year lookback as a member/manager of limited liability companies and as an officer, director, managing executive, principal, and/or owner of professional, profit, and nonprofit corporations. The official form should state: 'SEE PART 11 ATTACHMENT.'

The Michigan LARA filing dates, status, entity type, entity identification numbers, registered agents, and annual-report due dates below are taken from the LARA search-result screenshots supplied by the Debtor on August 7, 2026. A Michigan LARA Entity ID is not a federal Employer Identification Number (EIN) and is not substituted for an EIN. Where a federal EIN, exact street address, accountant/bookkeeper, or exact ownership percentage is not established by the records presently reviewed, the Attachment says so rather than inventing the information.

## I. ENTITIES SHOWN IN THE SUPPLIED MICHIGAN LARA RECORDS
## 1. BECKER-PRESSENTE LLC

**Michigan LARA record:** Filed 11/15/2016; Active; AR standing Good; Domestic Limited Liability Company; Entity ID 802053244; registered agent David Stockman; AR due date 02/15/2025.

**Debtor connection / nature:** Real-estate holding/landlord entity. Debtor identifies himself as a member/manager and related-party principal.

**Business address:** 3871 Fortune Blvd., Saginaw, MI 48603, as reflected in bankruptcy schedules and related loan records.

**Federal EIN:** Not shown in the supplied LARA record; do not use the LARA Entity ID as an EIN.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 11/15/2016 through present active status; Debtor connection continued during the four-year Form 107 lookback.

## 2. BPE GROUP, L.L.C.

**Michigan LARA record:** Filed 04/28/2023; Active; AR standing Good; Domestic Limited Liability Company; Entity ID 803030935; registered agent David Stockman; AR due date 02/15/2025.

**Debtor connection / nature:** Affiliated LLC. Prior project records identify BPE Group as associated with the organization/incorporation of Great Lakes Bay Staffing. Debtor identifies the entity as one of his business connections for Part 11.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 04/28/2023 through present active status.

## 4. COVENANT PATHOLOGY ASSOCIATES, P.C.

**Michigan LARA record:** Filed 01/17/2020; Active; AR standing Good; Domestic Professional Corporation; Entity ID 802404146; registered agent David Stockman; AR due date 05/15/2025.

**Debtor connection / nature:** Professional pathology/laboratory-services corporation. Prior litigation records state that Debtor headed Covenant Pathology Associates and that it is one of his affiliated professional entities.

**Business address:** Saginaw, Michigan. Prior records place the practice within the Covenant laboratory environment; the supplied LARA screenshot does not show the current registered-office street address.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 01/17/2020 through present active status; Debtor connection existed during the Form 107 lookback.

## 6. GREAT LAKES BAY STAFFING COMPANY, INC.

**Michigan LARA record:** Filed 05/01/2023; Active; AR standing Good; Domestic Profit Corporation; Entity ID 803031253; registered agent David Stockman; AR due date 05/15/2025.

**Debtor connection / nature:** Staffing/payroll entity affiliated with Debtor and repeatedly identified in litigation and bankruptcy records.

**Business address:** 3871 Fortune Blvd., Saginaw, MI 48603, as reflected in Schedule H and related bankruptcy records.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 05/01/2023 through present active status.

## 7. MICHIGAN BILLING COMPANY, INC.

**Michigan LARA record:** Filed 03/07/2023; Active; AR standing Good; Domestic Profit Corporation; Entity ID 803000171; registered agent David Stockman; AR due date 05/15/2025.

**Debtor connection / nature:** Medical billing/revenue-cycle entity affiliated with Debtor. Prior bankruptcy litigation records identify Michigan Billing Company in connection with claims and payer processing.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 03/07/2023 through present active status.

**8. MICHIGAN BLOOD**

**Michigan LARA record:** Filed 07/22/2020; Active; AR standing Good; Domestic Nonprofit Corporation; Entity ID 802479203; registered agent David Stockman; AR due date 10/01/2024.

**Debtor connection / nature:** Affiliated nonprofit corporation. Debtor identifies the entity as a Part 11 business connection and LARA lists Debtor as registered agent.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 07/22/2020 through present active status.

**9. MICHIGAN HEALTH CLINICS, P.C.**

**Michigan LARA record:** Filed 05/19/1999; Active; AR standing Good; Domestic Professional Corporation; Entity ID 800960757; registered agent David Stockman; AR due date 05/15/2026.

**Debtor connection / nature:** Medical practice/employer and controlled professional corporation. Debtor is identified in bankruptcy records as CEO/executive, physician, and principal.

**Business address:** 3925 Fortune Blvd., Saginaw, MI 48603.

**Federal EIN:** 38-3472092, as reflected in the 2025 W-2/tax return and bankruptcy records.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 05/19/1999 through present active status; Debtor connection continued throughout the Form 107 lookback.

**10. MICHIGAN INSTITUTE FOR PUBLIC HEALTH**

**Michigan LARA record:** Filed 03/30/2020; Active; AR standing Good; Domestic Nonprofit Corporation; Entity ID 802419621; registered agent David Stockman; AR due date 10/01/2024.

**Debtor connection / nature:** Affiliated nonprofit public-health entity. Debtor identifies the entity as a Part 11 business connection and LARA lists Debtor as registered agent.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 03/30/2020 through present active status.

## 11. MICHIGAN INSTITUTE OF FORENSIC SCIENCE & MEDICINE PC

**Michigan LARA record:** Filed 04/17/2019; Active; AR standing Good; Domestic Professional Corporation; Entity ID 802302785; registered agent David Stockman; AR due date 05/15/2026.

**Debtor connection / nature:** Forensic medicine/medical examiner/autopsy-services professional corporation. Bankruptcy and litigation records identify Debtor as principal, officer/executive, and manager.

**Business address:** 3871 Fortune Blvd., Saginaw, MI 48603, as reflected in bankruptcy records.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 04/17/2019 through present active status; Debtor connection continued throughout the Form 107 lookback.

## 12. MICHIGAN INSTITUTE OF TOXICOLOGY, P.C.

**Michigan LARA record:** Filed 03/30/2020; Active; AR standing Good; Domestic Professional Corporation; Entity ID 802431633; registered agent David Stockman; AR due date 05/15/2025.

**Debtor connection / nature:** Affiliated toxicology professional corporation identified in prior bankruptcy records.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 03/30/2020 through present active status.

## 13. MICHIGAN SKIN CLINICS PC

**Michigan LARA record:** Filed 07/07/2016; Dissolved - Operation of Law; AR standing Good; Domestic Professional Corporation; Entity ID 801985384; registered agent David L.E. Stockman; AR due date 05/15/2022.

**Debtor connection / nature:** Former medical/dermatology professional corporation. It remained connected to Debtor during the four-year lookback through business and litigation matters, including 2023 and later creditor proceedings.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 07/07/2016; current screenshot shows dissolved by operation of law. Exact dissolution effective date is not shown; the entity is disclosed because records show a Debtor connection during the four-year lookback.

## 14. SPECIALIZED PATHOLOGY PARTNERS PC

**Michigan LARA record:** Filed 09/15/2015; Dissolved - Certificate of Dissolution; AR standing Good; Domestic Professional Corporation; Entity ID 800987209; registered agent N/A in supplied LARA screenshot; AR due date N/A.

**Debtor connection / nature:** Former professional pathology entity affiliated with Debtor. Prior litigation and preservation records identify Specialized Pathology Partners as one of Debtor's affiliated companies, including litigation continuing into 2023.

**Business address:** Saginaw, Michigan; exact historical street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 09/15/2015; current screenshot shows dissolution by certificate. Disclosed because records show Debtor connection within the four-year lookback.

## 15. MTA HOLDING COMPANY, LLC

**Michigan LARA record:** Filed 07/14/2022; Active; AR standing Good; Domestic Limited Liability Company; Entity ID 802874991; registered agent David Stockman; AR due date 02/15/2025.

**Debtor connection / nature:** Affiliated holding/real-estate entity; Debtor identifies the entity as a Part 11 business connection and LARA lists Debtor as registered agent.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 07/14/2022 through present active status.

## 16. SAGINAW MTA DEVELOPMENT COMPANIES, L.L.C.

**Michigan LARA record:** Filed 08/31/2020; Active; AR standing Good; Domestic Limited Liability Company; Entity ID 802510226; registered agent David Stockman; AR due date 02/15/2025.

**Debtor connection / nature:** Real-estate/development entity affiliated with Debtor and identified in bankruptcy and GOF loan/foreclosure records.

**Business address:** 3871 Fortune Blvd., Saginaw, MI 48603, as reflected in Schedule H and related bankruptcy records.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 08/31/2020 through present active status; Debtor connection continued during the Form 107 lookback.

## 17. THE SAGINAW MTA FOUNDATION

**Michigan LARA record:** Filed 04/17/2019; Active; AR standing Good; Domestic Nonprofit Corporation; Entity ID 802302789; registered agent David Stockman; AR due date 10/01/2024.

**Debtor connection / nature:** Affiliated nonprofit foundation. Debtor identifies the entity as a Part 11 business connection and LARA lists Debtor as registered agent.

**Business address:** Saginaw, Michigan; street address is not shown in the supplied LARA screenshot.

**Federal EIN:** Not shown in the supplied LARA record.

**Accountant or bookkeeper:** Not identified in the materials presently reviewed.

**Dates business existed / connection existed:** LARA filing date 04/17/2019 through present active status.

*The Debtor incorporates this Attachment into Official Form 107 and reserves the right to amend or supplement any entity address, EIN, accountant/bookkeeper, ownership percentage, or operation date if additional corporate or tax records provide more precise information.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

_____/

Case No. 26-20982-dob
Chapter 11 - Subchapter V
Hon. Daniel S. Opperman

**ATTACHMENT TO OFFICIAL FORM 107**
**STATEMENT OF FINANCIAL AFFAIRS - PART 4 ADDENDUM**
**LEGAL ACTIONS, ADMINISTRATIVE PROCEEDING, AND SUPPLEMENTAL**
**FORECLOSURE DISCLOSURES**

This Addendum is incorporated into Debtor's Official Form 107 and supplements Part 4. Question 9 is answered YES based on the matters listed in Section I. The entries are limited to proceedings in which David Lewi-Emmanuel Stockman was personally a named party, or an administrative respondent, during the one-year period before the June 26, 2026 petition date. Related state and federal dockets arising from the same underlying dispute are grouped together to avoid duplication. Proceedings involving only business entities are omitted. Postpetition proceedings are omitted from Question 9. Question 10 is answered NO as to the strict one-year lookback period. Section III nevertheless provides the requested GOF foreclosure information for completeness because the identified sheriff's sales occurred on May 23, 2025, approximately one month outside the one-year period measured back from June 26, 2026. This disclosure is not an admission regarding title, liability, lien validity, deficiency, valuation, or the merits of any pending or anticipated challenge.

**I. QUESTION 9 - LAWSUITS, COURT ACTIONS, AND ADMINISTRATIVE PROCEEDING**

**1. NeoGenomics Laboratories, Inc. v. Michigan Health Clinics, P.C. and David L. Stockman, M.D.**

**Case number(s):** Saginaw County Circuit Court Case No. 23-002346-CB; related E.D. Mich. Case Nos. 4:25-cv-14038-SDK-EAS and 4:26-cv-11482-SDK-EAS.

**Nature:** Commercial contract and collection dispute, including claims asserted against Stockman individually and Stockman defenses/counterclaims in related proceedings.

**Court / agency:** Saginaw County Circuit Court, Business Court; United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** The state and federal proceedings involving Stockman were active during the lookback period. The first federal removal was remanded April 8, 2026. The later federal proceeding, Case No. 4:26-cv-11482, remained pending as of the petition date.

**2. Michigan Institute of Forensic Science & Medicine, P.C. / David Stockman v. Russell L. Bush, M.D., with Bush counterclaims against David Stockman**

**Case number(s):** Saginaw County Circuit Court Case No. 21-046093-CB; related E.D. Mich. Case Nos. 1:25-cv-11865-TLL-PTM, 2:25-cv-12659-GAD-APP, and 1:25-cv-13417-GAD-APP.

**Nature:** Business, contract, fiduciary-duty, tort, defamation, arbitration, judgment-enforcement, and related claims and counterclaims involving Stockman personally.

**Court / agency:** Saginaw County Circuit Court, Business Court; United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** The underlying judgment-enforcement dispute and related federal proceedings were active during the lookback period. Federal removals were remanded on August 5, 2025, September 30, 2025, and June 17, 2026. The June 17, 2026 order also imposed prefiling restrictions; a related fee order was entered June 18, 2026.

**3. Michigan Health Clinics, P.C. v. Dr. Wasim Nasir and Dermatology & Cosmetic Center, PLLC; Dr. Wasim Nasir v. David Stockman**

**Case number(s):** Genesee County Circuit Court Case No. 2023-118989-CB; related E.D. Mich. Case No. 1:26-cv-11557-MAG-PTM.

**Nature:** Employment, contract, compensation, default-judgment, and judgment-enforcement dispute in which Stockman is personally named as Third-Party Defendant.

**Court / agency:** Seventh Judicial Circuit Court for Genesee County; United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** Pending. Stockman removed the action on May 8, 2026. As of the petition date, the federal court had pending remand and judgment-vacatur issues.

**4. Randy Tashjian-related litigation involving David Stockman**

**Case number(s):** Genesee County Circuit Court Case No. 2022-116912-NZ, as reflected in Debtor's prior litigation records.

**Nature:** Contract, business. Claiming employment contract termination after he was already employed by University of Michigan and had not shown up to work for two months. Collaborator of Bush

**Court / agency:** Seventh Judicial Circuit Court for Genesee County, Michigan.

**Status as of June 26, 2026:** Debtor identifies this matter as continuing into the one-year lookback period and discloses it because Stockman was personally named. Entity-only proceedings are not separately listed.

**5. Wildfire Credit Union v. David Stockman, Magdalena Perez, and Great Lakes Bay Staffing, Inc.**

**Case number(s):** Saginaw County Circuit Court Case No. 24-000909-CB; related E.D. Mich. Case No. 2:25-cv-13537-GAD-APP.

**Nature:** Collection and judgment-enforcement dispute arising from a checking/draft-account controversy; the underlying complaint included claims against Stockman individually.

**Court / agency:** Saginaw County Circuit Court, Business Court; United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** The related federal proceeding was active during the lookback period and was remanded on June 17, 2026. Attorney-fee issues connected to that proceeding remained unresolved as of the petition date.

**6. GOF Finance-C, LLC matters involving David Stockman**

**Case number(s):** Montgomery County, Ohio Court of Common Pleas Case No. 2024 CV 06137; Saginaw County Circuit Court Case No. 25-000212-CZ; E.D. Mich. Case No. 1:25-cv-13749-DML-PTM; and Stockman v. GOF Finance LLC, All Persons or Entities Claiming Interest, Saginaw County Circuit Court Case No. 25-002647-CZ.

**Nature:** Commercial loan, cognovit judgment, personal guaranty, domestication, creditor examination, collection, foreclosure enforcement, and Stockman's separate challenge concerning interests claimed under the GOF sheriff's deeds.

**Court / agency:** Montgomery County Court of Common Pleas, Ohio; Saginaw County Circuit Court, Michigan; United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** GOF collection and enforcement proceedings involving Stockman were active during the lookback period. The federal remand matter remained open for fee adjudication after the May 26, 2026 opinion. The separate action Stockman v. GOF Finance LLC, Case No. 25-002647-CZ, was filed December 3, 2025 and closed March 26, 2026.

**Additional identification:** The Saginaw County court search identifies Case No. 25-002647-CZ as STOCKMAN, DAVID v. GOF FINANCE LLC, ALL PERSONS OR ENTITIES CLAIMING INTEREST.

**7. Kishore Jayakumar v. Michigan Health Clinics, P.C., et al., including David Stockman**

**Case number(s):** U.S. District Court for the District of Columbia Case No. 1:24-cv-01842; transferred to E.D. Mich. Case No. 1:26-cv-11779.

**Nature:** Employment, compensation, and contract dispute concerning allegedly unpaid physician compensation; Stockman is a named defendant.

**Court / agency:** United States District Court for the District of Columbia; United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** Transferred and pending in the Eastern District of Michigan as of June 26, 2026.

**8. David Stockman v. Sensus Healthcare, Inc.**

**Case number(s):** Case No. 1:25-cv-13903, as identified by Debtor.

**Nature:** Civil complaint initiated by Stockman against Sensus Healthcare arising from disputes involving Stockman and Sensus-related business dealings. This is listed because Debtor identifies himself as the plaintiff in the proceeding.

**Court / agency:** United States District Court for the Eastern District of Michigan.

**Status as of June 26, 2026:** Filed during the one-year lookback period. This entry is distinct from Sensus Healthcare, Inc. v. Michigan Health Clinics, P.C., E.D. Mich. Case No. 1:25-cv-13515, which is not separately listed here because the latter docket is an entity-captioned matter and the purpose of this addendum is to identify proceedings involving Stockman personally.

**9. In the Matter of David L. Stockman, M.D. - Michigan Board of Medicine Administrative Complaint**

**Case number(s):** License No. 4301108678; Complaint No. 43-25-002084.

**Nature:** Administrative disciplinary proceeding brought by the Michigan Department of Licensing and Regulatory Affairs, Bureau of Professional Licensing, through the Board of Medicine Disciplinary Subcommittee. The formal Administrative Complaint alleges violations concerning general duty, competency/minimal standards, good moral character, and medical-record access.

**Court / agency:** State of Michigan, Department of Licensing and Regulatory Affairs, Bureau of Professional Licensing, Board of Medicine, Disciplinary Subcommittee.

**Status as of June 26, 2026:** Pending. The formal Administrative Complaint is dated June 10, 2026, before the June 26, 2026 petition date.

**Debtor's disputed position:** Debtor denies the material allegations and states, on information and belief, that the complaint was most likely manufactured, instigated, promoted, or supplied by Stephan Gaus and Russell Bush. Debtor contends that, following the qui tam action involving Covenant and Tessa Dake, Bush and Gaus continued seeking another governmental or administrative "hook" to use against him.

**Postpetition dissemination allegation:** Debtor further alleges that, on July 15, 2026, in litigation involving Bush and Stockman, Gaus filed the Administrative Complaint as an exhibit on the federal court docket. Debtor contends that this filing violated the automatic stay and placed material that Debtor understood to be nonpublic into a public court record, thereby making it available to media contacts including Cole Waterman and Terry Camp without Gaus having to transmit the complaint directly to them. This postpetition filing is described only to explain Debtor's position concerning the source and dissemination of the administrative matter; it is not itself listed as a separate prepetition Question 9 proceeding.

**Qualification:** The statements in the preceding two paragraphs are Debtor's allegations and litigation positions. They are disputed and are not presented as adjudicated findings by the Bankruptcy Court, the District Court, LARA, or the Board of Medicine.

**10. Frost & Associates, LLC v. David Stockman**

**Case number(s):** 70th District Court, Saginaw County, Case No. 25-003433-GC.

**Nature:** Collection/enforcement matter involving Stockman personally.

**Court / agency:** 70th District Court, Saginaw County, Michigan.

**Status as of June 26, 2026:** Filed June 2, 2025 and closed June 24, 2025. Because the petition date was June 26, 2026, this matter closed two days before the strict one-year lookback began on June 26, 2025. It is disclosed voluntarily and should not be read as an admission that Question 9 independently required its inclusion.

## III. QUESTION 10 - SUPPLEMENTAL FORECLOSURE DISCLOSURE FOR COMPLETENESS

Official Form 107 Question 10 asks whether any of the Debtor's property was repossessed, foreclosed, garnished, attached, seized, or levied within one year before filing. The petition date was June 26, 2026, making the one-year period June 26, 2025 through June 26, 2026. The verified GOF sheriff's sales below occurred on May 23, 2025, outside that period. They are nevertheless disclosed because they relate to GOF's asserted obligations and because the Debtor requested that the foreclosure history be included with Part 4.

**A. 4707 E. McLeod Drive, Saginaw, Michigan 48604**
**Creditor / purchaser:** GOF Finance-C, LLC.

**Property / parcel:** 4707 E. McLeod Drive; Parcel ID 23-12-4-02-2004-004.

**Foreclosure event:** Sheriff's sale on May 23, 2025 at approximately 10:00 a.m.; GOF credit bid / sale consideration $955,000.00.

**Recording:** Sheriff's deed recorded July 1, 2025 at approximately 11:02 a.m., Instrument No. 2025016119.

**Redemption information:** Purchaser affidavit reflected a redemption period through November 23, 2025 and a stated per-diem interest amount of $698.25.

**B. 4798 Wenmar Drive, Saginaw, Michigan 48604**
**Creditor / purchaser:** GOF Finance-C, LLC.

**Property / parcel:** 4798 Wenmar Drive; Parcel ID 23-12-4-02-2004-011.

**Foreclosure event:** Sheriff's sale on May 23, 2025 at approximately 10:00 a.m.; GOF credit bid / sale consideration $600,000.00.

**Recording:** Sheriff's deed recorded July 1, 2025 at approximately 11:03 a.m., Instrument No. 2025016120.

**Redemption information:** Purchaser affidavit reflected a last redemption date of November 23, 2025 and a stated per-diem interest amount of $297.00.

**Additional disclosed fact:** The property was subject to a commercial lease in the records reviewed. This addendum does not state a litigation position concerning the lease's priority, survival, valuation, or the amount of any deficiency credit.

### C. 614 Johnson Street, Saginaw, Michigan 48602
**Creditor / asserted foreclosure relationship:** GOF Finance-C, LLC.

**Property:** 614 Johnson Street, Saginaw, Michigan 48602.

**Foreclosure information:** Debtor identifies 614 Johnson Street as the third GOF collateral parcel to be disclosed. Records reviewed in connection with the GOF foreclosure history refer to a third Saginaw MTA parcel acquired through an approximately $165,000 foreclosure disposition; the sheriff's deed or other recorded instrument conclusively tying that disposition to 614 Johnson Street has not been located in the materials used for this addendum.

**Status of particulars:** The precise sheriff's-sale date, parcel number, deed recording date, and instrument number for 614 Johnson Street may be supplemented when the recorded deed is located. The property is included now so the requested foreclosure history is not omitted.

### IV. RESERVATION AND INCORPORATION
This Addendum is intended as a disclosure attachment to Official Form 107 Part 4. It is not intended to admit the merits of any claim, judgment, foreclosure, valuation, lien, liability, jurisdictional allegation, administrative allegation, or legal characterization asserted by another party. The Debtor expressly disputes matters identified above where stated and reserves all defenses, objections, appellate rights, bankruptcy rights, claims, and rights to amend or supplement the schedules and Statement of Financial Affairs if additional docket or recorded-instrument information becomes available.