UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,      Case No. 26-20982-dob
                                    Hon. Daniel S. Opperman
    Debtor.                          Chapter 11

_____/

## ORDER FOR MODIFICATION OF THE AUTOMATIC STAY

### RE: Wildfire Credit Union

This matter having come before this Court by way of a Motion for Modification of the Automatic Stay, all interested parties having received notice of the Motion; this matter having been heard by this Court on August 6, 2026; the Court being advised in the premises and for the reasons placed upon the record:

**IT IS HEREBY ORDERED AND ADJUDGED** that the Credit Union's motion to modify the Automatic Stay so as to allow the Credit Union to file a petition for attorney fees and costs in the case of Wildfire Credit Union vs. David Stockman, 25-cv-13537-GAD-APP as requested by the District Court in that case is **denied** at this time. Instead, the Credit Union may file a proof of claim in the present Bankruptcy Case for such fees and costs, with any dispute as to the appropriate amount of such fees and costs to be determined by the Bankruptcy Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that in the event that this case is converted to a bankruptcy under Chapter 7 of the United States Bankruptcy Code, then the Credit Union may re-file this motion for modification of the automatic stay without further costs or filing fees and bring this matter back to the attention of the Bankruptcy Court for a determination of whether the stay should be modified at that time to allow for the District Court to make a determination of the allowable amount of fees and costs to be awarded in the matter of Wildfire Credit Union vs. David Stockman, 25-cv-13537-GAD-APP.

**Signed on August 11, 2026**



/s/ Daniel S. Opperman
_____
**Daniel S. Opperman**
**United States Bankruptcy Judge**

1
