UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION


IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,        Case No. 26-20982-dob
                                       Chapter 11
     *Debtor In Possession*                Hon. Daniel S. Opperman
_____/

## STIPULATION FOR ENTRY OF ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor-In-Possession David Stockman and Secured Creditor GM Financial hereby stipulate and agree that the Order Resolving Secured Creditor's Motion for Relief from the Automatic Stay with regard to the Debtor's 2021 Chevrolet Silverado submitted with this Stipulation should be entered by the Court.


Date: August 13, 2026          /s/ Kelly Kumpula
                                   Kelly Kumpula (P67590)
                                   Attorney for Creditor
                                   27780 Novi Road, Suite 225
                                   Novi, MI 48377
                                   (248) 553-4333
                                   michiganlawyerkk@aol.com



Date: August 13, 2026          /s/ David Stockman (with consent)
                                   David Stockman
                                   Debtor in Possession, Pro Se
                                   5805 McCarty Rd.
                                   Saginaw, MI 48603
                                   (989) 341-3017
                                   Dstockma4@icloud.com