UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,                     Case No. 26-20982-dob
                                                   Chapter 11
          *Debtor In Possession*                   Hon. Daniel S. Opperman
_____/

## ORDER RESOLVING SECURED CREDITOR GM FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER having come before the Court on Secured Creditor GM Financial's Motion for Relief from the Automatic Stay, the parties having resolved the motion through a Stipulation, the Court having reviewed the Stipulation and being otherwise fully advised in the premises; IT IS ORDERED:

1.    Debtor shall make 2 full loan payments to Secured Creditor GM Financial on the 2021 Chevrolet Silverado loan by September 15, 2026, shall make another full loan payment by September 30, 2026, and shall make 2 additional full loan payments by October 15, 2026. Debtor shall also bring all payments current within 90 days of the date of entry of this Order.  If Debtor fails to comply with any term or provision of this paragraph, Secured Creditor may submit to the Court, on an ex-parte basis, a declaration of default and order granting relief from the stay with regard to the 2021 Chevrolet Silverado, which order shall be entered without further notice or hearing.

2.    After Debtor has brought the payments current consistent with paragraph 1 of this Order, Debtor shall timely make all future direct monthly payments to Secured Creditor as required by the terms of the contract between Debtor and Secured Creditor and shall maintain full insurance

coverage on the 2021 Chevrolet Silverado until the motor vehicle loan is paid in full.  If Debtor

fails to comply with the terms of this paragraph, Secured Creditor may provide written notice of

default to Debtor.  If written notice of default is given and the default is not cured within 30 days

from the date of the notice, Secured Creditor may submit to the Court, on an ex-parte basis, a

declaration of default and order granting relief from the stay with regard to the 2021 Chevrolet

Silverado, which order shall be entered without further notice or hearing.