**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – BAY CITY DIVISION**

In Re:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor(s),
_____________________________________/

Chapter 7
Case No. 26-20982
Hon. Daniel S. Opperman

**NOTICE OF REJECTION OF APPOINTMENT AS TRUSTEE**

PLEASE TAKE NOTICE that pursuant to F.R.B.P. 2008, Daniel C. Himmelspach hereby rejects his appointment on August 19, 2026 as Chapter 7 Trustee in this matter.

Dated: August 21, 2026

Respectfully submitted,
/s/ DANIEL C. HIMMELSPACH
Daniel C. Himmelspach
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
(989) 790-0400
trusteehimmelspach@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all parties of record.

Dated: August 21, 2026

/s/ KIMBERLY A. HOSPODAR
Chapter 7 Trustee Assistant
PO Box 5856
Saginaw, MI 48603
(989) 790-0400
trusteehimmelspach@gmail.com