Form ntctrcnf

111 First Street
Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

---

Case No.: **26−20982−dob**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
David Lewi−Emmanuel Stockman
5805 McCarty Rd
Saginaw, MI 48603

Social Security No.:
xxx−xx−4591

Employer's Tax I.D. No.:
38−3472092

---

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST TRUSTEE HAS A CONFLICT OF INTEREST, APPOINTMENT OF NEW TRUSTEE**

NOTICE IS HEREBY GIVEN that a Certificate/Notice of Appointment of Successor Trustee has been filed for the reason that Trustee has a conflict of interest. Daniel Himmelspach has been removed from this case and Samuel D. Sweet has been appointed. Filed by U.S. Trustee Andrew R. Vara, Trustee. 341(a) meeting to be held on 9/24/2026 at 10:00 AM via Zoom − Sweet: Meeting ID 335 036 8497, Passcode 5804553387, Phone 1 947 214 5463. (Randel (UST), Paul)

**Zoom Location:** Go to Zoom.us/join. Enter Meeting ID 335 036 8497, and Passcode 5804553387, OR call (947) 214−5463. For additional meeting information go to www.justice.gov/ust/moc.

Dated: 8/21/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT