**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

| | |
|---|---|
| IN RE:<br>DAVID LEWI-EMMANUEL STOCKMAN,<br>Debtor-in-Possession.<br>_______________________________/ | Case No. **26-20982-dob**<br><br>Hon. Daniel S. Opperman |

**Response to Debtor's Motion to Disqualify Stephan Gaus**

Now Comes Stephan Gaus, individually, and also representing Russell Bush, M.D., and in Answer to the Motion, states as follows:

That I have been counsel to Russell Bush, M.D. since 2022 in litigations uniformly initiated by David Stockman. I have represented Dr. Bush in two Circuit Court matters, several bankruptcies, four Federal District Court matters, two Federal appeals and one Arbitration Trial. Two additional Adversary Proceedings and one additional Circuit Court matter are filed, but not served upon either Dr. Bush or myself. Now control over those matters rests with the Chapter 7 Trustee. I am currently a defendant in four matters filed by Dr. Stockman in the last three weeks, and was named in an earlier lawsuit that was dismissed by this Court. Dr. Stockman also initiated a grievance against me with the State Bar Association.

It is probably fair to conclude that Dr. Stockman regrets my representation of Dr. Bush, and dislikes me.

Now, David Stockman, due to his own vexatious filings against me, wishes to use those filings as a means to prohibit me from my continued representation of Dr. Bush *in this bankruptcy.* The Court should decline.

In response to the numbered paragraphs raised in his Motion, these parties say:

**BASIS**

1. My participation in informing other Courts of Stockman's legal woes has nothing to do with this bankruptcy.
2. My "implication" in the then-three, now four Adversary Proceedings in this bankruptcy, is implication by Stockman's own nefarious filings. These parties are comforted by the recent rulings of this Court converting this matter to a Chapter 7 proceeding and leaving the authority over these matters in the hands of the Chapter 7 Trustee, who in the opinion of the undersigned, is not likely to promote these Adversary Proceedings.
3. First, this assertion is rank hearsay. Second, my possible role at the request of the Board of Medicine to testify in proceedings against Dr. Stockman has nothing to do with this bankruptcy. Finally, the Licensure Administrative Complaint against Dr. Stockman deals with alleged failures of Stockman regarding a Marquette County autopsy of a 17-year-old young

lady. I literally have had nothing to do with that matter, do not know the people involved and have not been advised that I will be asked to testify. I have inquired to Attorney Richardville of his intent to call me, and I have not heard back from him as of this writing.

4. This is no longer an issue. The Court, at the urging of its own Trustee, converted the case.
5. No answer required.

Wherefore, Stephan Gaus and Russell Bush, M.D. request that the Court deny the Motion and grant such other relief as the Court deems just.

Respectfully submitted,

GARSKE HEWITT & RODENBO, PLC

/s/ Stephan M. Gaus

Stephan M. Gaus (P28943)
Attorney for Plaintiff Russell L. Bush, M.D.
708 S. Euclid Avenue
Bay City, MI 48706
(989) 355-0100
gaus@ghr.law

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,
Debtor-in-Possession.
_________________________________/

Case No. **26-20982-dob**

Hon. Daniel S. Opperman

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a copy upon the following pro se party by electronic mail:

David Lewi-Emmanuel Stockman
5805 McCarty Road
Saginaw, MI 48603
dstockma4@icloud.com

/s/ Stephan Gaus
Stephan Gaus