**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,
Debtor-in-Possession.
_______________________________/

Case No. **26-20982-dob**

Hon. Daniel S. Opperman

**RESPONSE TO DEBTOR'S EX PARTE MOTION TO SHORTEN RESPONSE TIME (DOCUMENT 200)**

Now Comes Stephan Gaus, as counsel for Russell Bush, M.D., and in Answer to the Motion, states as follows:

1. Admitted that the Court found that matters the Debtor tried to argue with the Court on August 13, 2026, were not properly pleaded and presented.
2. Admitted the case has been Converted, Admitted that Samuel Sweet is the Chapter 7 Trustee, Admit that the 341 Hearing is set for September 24. Denied that "Prompt clarification of the Stay and Trustee Sweet authority will reduce duplication during the transition." Respondent further avers:
    a. The Debtor lacks the authority to file this Motion
    b. That Trustee Sweet has not filed, endorsed nor concurred with this Motion.

3. Admitted the Motion was filed, Denied that the Debtor has the authority to file the Motion, and Denied that the Motion should be granted.
4. No concurrence was sought of the undersigned.

Wherefore, the Respondent asks that the Court deny the Motion and take the vexatious filing into consideration when contemplated sanctions against the Debtor.

Respectfully submitted,

GARSKE HEWITT & RODENBO, PLC

/s/ Stephan M. Gaus

Stephan M. Gaus (P28943)
Attorney for Plaintiff Russell L. Bush, M.D.
708 S. Euclid Avenue
Bay City, MI 48706
(989) 355-0100
gaus@ghr.law

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

| | |
|---|---|
| IN RE:<br>DAVID LEWI-EMMANUEL STOCKMAN,<br>Debtor-in-Possession.<br>_______________________________/ | Case No. **26-20982-dob**<br><br>Hon. Daniel S. Opperman |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a copy upon the following pro se party by electronic mail:

David Lewi-Emmanuel Stockman
5805 McCarty Road
Saginaw, MI 48603
dstockma4@icloud.com

/s/ Stephan Gaus
Stephan Gaus