UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (BAY CITY)

In re:

David Lewi-Emmanuel Stockman,

Debtor.
_____________________________/

Case No. 26-20982-DOB
Chapter 7
Hon. Daniel S. Opperman

**EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT FOR TRUSTEE**

**Jurisdiction**

1. On June 26, 2026 David Lewi-Emmanuel Stockman ("Debtor") filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

2. On August 19, 2026 the case was converted to a Chapter 7 case.

3. Chapter 7 Trustee Samuel D. Sweet ("Trustee") brings this motion under 11 U.S.C. § 327, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1.

4. This is a core proceeding over which this Court has jurisdiction. *See* 28 U.S.C. §§ 157(b)(2)(A) and 1334.

**Basis for Employment Application**

5. To perform his duties, the Trustee requires the services of an accountant to file tax returns on behalf of the estate, perform tax analysis, assist with Section 5 actions, provide forensic accounting and consulting.

6. The Trustee desires to employ Mueller & Company, PC to act as accountant for the Trustee in this case. A proposed order is attached as Exhibit A.

7. The Trustee has worked with Mueller & Company, PC in the past and believes that the firm is well able to perform the duties necessary of the Trustee's accountant in this case.

Mueller & Company, PC will be compensated for actual and necessary services at its customary hourly rates, presently ranging from $95 to $350 per hour, plus reimbursement of actual and necessary expenses. All compensation and expense reimbursement will be subject to further application, notice, hearing, and Court approval under 11 U.S.C. §§ 330 and 331 and applicable rules. Neither the Firm nor any of its professionals has received a retainer or other payment in connection with the proposed engagement.

8. A declaration of disinterestedness is attached as Exhibit B in accordance with L.B.R. 2014-1 (E.D.M.).

**Request for Order**

The Trustee respectfully requests that this Court enter an order authorizing him to employ Mueller & Company, PC as accountant.

Samuel D. Sweet

/s/ Samuel D. Sweet
Samuel D. Sweet, Trustee
52 E. Burdick St. #10
Oxford, MI 48371
248-236-0985

Date: 9/1/2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (BAY CITY)

In re:

| | |
|---|---|
| David Lewi-Emmanuel Stockman,<br><br>Debtor.<br>_____________________________/ | Case No. 26-20982-DOB<br>Chapter 7<br>Hon. Daniel S. Opperman |

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| A | Proposed order |
| B | Declaration of Disinterestedness |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (BAY CITY)

In re:

David Lewi-Emmanuel Stockman,

Debtor.
______________________________/

Case No. 26-20982-DOB
Chapter 7
Hon. Daniel S. Opperman

**ORDER AUTHORIZING TRUSTEE'S EMPLOYMENT OF ACCOUNTANT**

**IT IS ORDERED** that, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, the Trustee is authorized to employ Mueller & Company, PC as accountant for the estate, effective as of the date of entry of this Order, to perform the services described in the Application. Mueller & Company, PC may seek compensation at the hourly rates and reimbursement of expenses disclosed in the Application, subject to allowance by the Court under 11 U.S.C. §§ 330 and 331 and applicable rules.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (BAY CITY)

In re:

| | |
|---|---|
| David Lewi-Emmanuel Stockman,<br><br>Debtor.<br>_____________________________/ | Case No. 26-20982-DOB<br>Chapter 7<br>Hon. Daniel S. Opperman |

**DECLARATION OF DISINTERESTEDNESS**

Kurt Mueller, CPA states as follows:

1. I am a licensed Certified Public Accountant and shareholder in the accounting firm of Mueller & Company, PC, which maintains an office at 575 E. Big Beaver Rd., Ste 250, Troy, Michigan (the “Firm”).

2. I am authorized to execute this document on behalf of the Firm.

3. I have read the Trustee’s Application for Authority to Employ Accountant for Trustee.

4. I have reviewed section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014; a list of the Debtor’s creditors; and the Staff Directory for the Detroit, Michigan office of the U.S. Trustee.

5. No connections presently exist or recently existed between the Firm or myself and interested parties (including the Debtor, creditors, the office of the U.S. Trustee, or the employees of the office of the U.S. Trustee). Nor do any past connections exist (personal or business) between myself or the Firm and interested parties that are either related to the bankruptcy case or could reasonably affect the decisions or judgment of the Firm.

6. Neither I nor the Firm hold any interest adverse to the above Chapter 7 estate, and we are disinterested entities as defined in 11 U.S.C. § 101(14).

7. I wish to disclose the following connections:

a. Prior representation of any creditor/interested party: None
b. Ownership/stock interest in any creditor/interested party: None
c. The Firm has provided, and may continue to provide, accounting and tax services to the Trustee personally and/or in connection with other bankruptcy estates administered by the Trustee. The Firm has not provided services to the Trustee, the Debtor, or any other person in connection with this bankruptcy case before the proposed employment. Neither the Trustee nor any estate administered by the Trustee owes the Firm any unpaid fees or expenses other than amounts, if any, that may be approved in unrelated cases. The Firm believes that this relationship does not create an interest adverse to this estate and does not impair the Firm's disinterestedness. The Firm will promptly supplement this declaration if additional relevant connections are identified.

8. The Firm and I understand that all compensation and reimbursement of expenses are subject to court approval.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Mueller & Company, PC

/s/ Kurt Mueller
Kurt Mueller, CPA
575 E. Big Beaver Rd., Ste 250
Troy, MI 48083
(248) 524-6000
kurt@muellerpc.com

Date: 8/31/2026