UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

______________________________________/

ORDER GRANTING DEBTOR'S EX PARTE MOTION
FOR LEAVE TO FILE OVERLENGTH CORRECTED RESPONSE (DOCKET NO. 156)

The Debtor filed an Ex Parte Motion for Leave to File Overlength Corrected Response. The Court has considered the Debtor's Ex Parte Motion and has also read the pleadings regarding that Motion. The Court finds good cause to grant the Debtor's Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor's Ex Parte Motion for Leave to File Overlength Corrected Response is GRANTED.

**Signed on September 8, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**