UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_______________________________________/

ORDER PARTIALLY GRANTING
DEBTOR'S EX PARTE MOTION TO SHORTEN RESPONSE TIME
AND FOR EXPEDITED CONSIDERATION OF DEBTOR'S EMERGENCY
THIRD MOTION FOR SANCTIONS AND INTERIM PRESERVATION RELIEF

On September 2, 2026, the Debtor filed an Ex Parte Motion requesting that the Court shorten the response time and give expedited consideration to the Debtor's Emergency Third Motion for Sanctions filed on September 2, 2026 at Docket No. 223. The Court has reviewed the Debtor's Ex Parte Motion and the Emergency Third Motion for Sanctions and concludes that a schedule governing responses should be set.

NOW, THEREFORE, IT IS HEREBY ORDERED that any response to the Debtor's Emergency Third Motion for Sanctions filed on September 2, 2026 at Docket No. 223 must be filed with the Court by September 17, 2026.

IT IS FURTHER ORDERED that the Debtor may file a written reply to any response filed to the Emergency Third Motion for Sanctions by 5:00 p.m. EDT on September 21, 2026.

IT IS FURTHER ORDERED that the Court will conduct a hearing regarding the Debtor's Emergency Third Motion for Sanctions on ***Tuesday, September 22, 2026 at 1:30 p.m. in the U.S. Bankruptcy Court Courtroom, 111 First Street, Bay City, Michigan 48708***.

**Signed on September 8, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**