**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,
Debtor-in-Possession.
_________________________________________/

DAVID LEWI-EMMANUEL STOCKMAN,
Plaintiff
v.

WILDFIRE CREDIT UNION;
BEN DENAY, individually;
KARL L. WENZLOFF, individually;
WENZLOFF & FIREMAN, P.C.;
STEPHAN GAUS, individually; and
GARSKE HEWITT RODENBO PLC,
formerly known as GARSKE HEWITT,
PLC
Defendants
_________________________________________/

Case No. **26-20982-dob**

Hon. Daniel S. Opperman

**CREDITOR BUSH'S RESPONSE TO EX PARTE MOTION TO SHORTEN RESPONSE TIME**

NOW COMES Stephan Gaus and in response to the Debtor's Motion, states as follows:

1. No Answer is required of Stephan Gaus to this allegation. This respondent notes the Court has already entered an Order regarding the preservation of documents to Stephan Gaus and Garske, Hewitt and Rodenbo based

upon a stipulation placed upon the Court record. No factual basis is set forth in this Motion for the supposed relief requested.

2. It is unclear which party or individual this allegation is directed to, this no Answer is given.
3. It is unclear which party or individual this allegation is directed to, this no Answer is given.
4. It is unclear which party or individual this allegation is directed to, this no Answer is given.
5. It is unclear which party or individual this allegation is directed to, this no Answer is given.
6. This Respondent avers that this matter is already resolved by the Court as to the Respondent in an Order entered.
7. No Answer is required of Stephan Gaus to this allegation.

Respectfully submitted,

GARSKE HEWITT & RODENBO, PLC

/s/ Stephan M. Gaus

Stephan M. Gaus (P28943)
Attorney for Plaintiff Russell L. Bush, M.D.
708 S. Euclid Avenue
Bay City, MI 48706
(989) 355-0100
gaus@ghr.law

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,
Debtor-in-Possession.
_______________________________/

DAVID LEWI-EMMANUEL STOCKMAN,
Plaintiff
v.

WILDFIRE CREDIT UNION;
BEN DENAY, individually;
KARL L. WENZLOFF, individually;
WENZLOFF & FIREMAN, P.C.;
STEPHAN GAUS, individually; and
GARSKE HEWITT RODENBO PLC,
formerly known as GARSKE HEWITT, PLC
Defendants
_______________________________/

Case No. **26-20982-dob**

Hon. Daniel S. Opperman

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a copy upon the following pro se party by electronic mail:

David Lewi-Emmanuel Stockman
5805 McCarty Road
Saginaw, MI 48603
dstockma4@icloud.com

/s/ Stephan Gaus
Stephan Gaus