UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_______________________________________/

ORDER AUTHORIZING VOLUNTARY RULE 2004 EXAMINATION OF NICHOLAS HRUBY, M.D.

Upon the filed Stipulation of David Lewi-Emmanual Stockman and Nicholas Hruby, M.D., and the Court being otherwise sufficiently advised;

1. The Stipulation is APPROVED, subject to the modifications in this Order.
2. Nicholas Hruby, M.D. may be examined under Federal Rule of Bankruptcy Procedure 2004 on the consensual terms stated in the Stipulation.
3. The examination shall occur remotely by videoconference on a mutually agreed date and time, ordinarily within forty-five days after entry of this Order unless the parties agree otherwise in writing.
4. Dr. Hruby's appearance is voluntary. No subpoena is required as a condition of the agreed appearance.
5. The examination may be taken under oath and stenographically recorded and shall not exceed seven hours of examination time absent further written agreement or order of the Court.
6. The examination may address nonprivileged matters within the scope of Rule 2004(b), including the subject areas identified in the Stipulation.

7. This Order does not compel document production. Any document production shall be by further written agreement or appropriate court process.
8. All applicable privileges, protections, confidentiality rights, and objections are preserved.
9. Nothing in this Order limits the authority, rights, or duties of Chapter 7 Trustee Samuel D. Sweet. The Trustee may attend the examination and may request access to the transcript for estate-administration purposes, subject to applicable privilege, confidentiality, or further order. Mr. Sweet may also question Dr. Hruby and any questions he has are not included in the seven hour limit of the examination described in this Order.
10. The Court retains jurisdiction to enforce or modify this Order.

IT IS SO ORDERED.

**Signed on September 8, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**