UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_____________________________________/

ORDER REGARDING MOTION TO VACATE ORDER AUTHORIZING VOLUNTARY RULE 2004 EXAMINATION OF OFFIONG FRANCIS IKPATT, M.D. AND SCHEDULING HEARING

On September 3, 2026, the Debtor submitted a Stipulation for Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D. (Docket No. 227), that was electronically signed by the Debtor and Dr. Ikpatt. On September 8, 2026, the Court entered an Order Authorizing Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D. (Docket No. 246). On September 10, 2026, a creditor, Dr. Russell Bush, filed a Motion to Vacate/Set Aside Order Authorizing Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D. (Docket No. 265). In that Motion, Dr. Bush recites conversations Dr. Bush's attorney had with Dr. Ikpatt, as well as attaching an email chain suggesting that Dr. Ikpatt did not agree to the relief requested by Dr. Stockman or to the submission of a 2004 examination.

The Court has reviewed the Stipulation for Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D., filed at Docket No. 227, the Order Authorizing Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D., filed at Docket No. 246, and the instant Motion to Vacate/Set Aside Order Authorizing Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D., filed at Docket No. 265, and concludes that certain relief should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that any action to set or hold the 2004 Examination of Dr. Ikpatt is stayed until further order of this Court.

IT IS FURTHER ORDERED that Dr. Bush must submit the affidavit of Dr. Ikpatt supporting the position of Dr. Bush as stated in his Motion by September 24, 2026.

IT IS FURTHER ORDERED that the Court will conduct a hearing regarding the Stipulation for Voluntary Rule 2004 Examination of Offiong Francis Ikpatt, M.D. and the Motion to Vacate/Set Aside Order Authorizing Voluntary Rule 2004 Examination Offiong Francis Ikpatt, M.D. ***in-person on Tuesday, October 6, 2026 at 1:30 p.m. in the Courtroom at the U.S. Bankruptcy Court, 111 First Street, Bay City, Michigan 478708***. At this hearing, Dr. Stockman, Dr. Ikpatt and counsel for Dr. Bush should be prepared to explain the position taken by each in their respective pleadings. Also at this hearing, the Court will consider whether sanctions or other appropriate action should be taken.

**Signed on September 11, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**