**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**IN THE MATTER OF:**

David Lewi-Emmanuel Stockman,

Bankruptcy Case No. 26-20982-DOB
Honorable Daniel S. Opperman
Chapter 7

Debtor.
_______________________________/

# AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MICHIGAN )
)SS.
COUNTY OF OAKLAND )

Samuel D. Sweet, being fully duly sworn says that he is an attorney and that he is authorized to make this Affidavit, that he has never been employed by or had any connection with the Debtor, Debtor's creditors or any other party in interest, their respective attorney, accountants or the U.S. Trustee, except Mr. Samuel D. Sweet was employed as a law clerk by the Office of the United States Trustee during 1991 and 1992; that he has no interest adverse to the Debtor, the creditors or the estate; that he is a disinterested person as defined by 11 U.S.C. § 101(14), and that he knows no reason why they should not act as counsel for the Trustee.

Samuel D. Sweet, in his capacity as Trustee of this bankruptcy estate, has requested that Samuel D. Sweet act as his attorney in this matter. Hourly rates as follows:

| | |
|---|---|
| Samuel Sweet | $300.00 |

Any direct out of pocket costs will be charged to the estate. Copies will be charged at $.20 per page, and facsimile transmission at $.50 per page. Samuel D. Sweet will not be paid any fees or costs without prior Court's approval, as required by 11 U.S.C. § 331.

BY: /s/ Samuel D. Sweet
Samuel D. Sweet (P48668)
52 E. Burdick St. #10
Oxford, MI 48371
(248) 236-0985
trusteesweet@hotmail.com

Subscribed and sworn to before me
this 15th day of September, 2026
/s/ Jessica A. Will
Jessica A. Will, Notary Public
Lapeer County, Michigan
My commission expires: 9/6/2027
Acting in Oakland County, Michigan