**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | Case Number 26-20982-DOB |
| David Lewi-Emmanuel Stockman, | Chapter 7 |
| Debtor. | Hon. DANIEL S. OPPERMAN |

**NOTICE OF ASSET CASE**

TO: Clerk of the United States Bankruptcy Court

SAMUEL SWEET, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to all creditors.

Dated: September 15, 2026

/s/ Samuel D. Sweet
SAMUEL SWEET, Trustee
52 E. Burdick St. #10
Oxford, MI 48371
(248) 236-0985
trusteesweet@hotmail.com
P(48668)