**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY DIVISION**

| | |
|---|---|
| In re:<br>**DAVID LEWI-EMMANUEL STOCKMAN,**<br>Debtor. | Case No. 26-20982-dob<br>Chapter 7<br>Hon. Daniel S. Opperman |

# CERTIFICATE OF NO RESPONSE TO DEBTOR'S MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF GEORGE E. KIKANO, M.D. AND PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

David Lewi-Emmanuel Stockman, Debtor, appearing pro se, certifies as follows:

1. On August 24, 2026, Debtor filed Debtor's Motion for Order Authorizing Rule 2004 Examination of George E. Kikano, M.D. and Production of Documents and Electronically Stored Information (ECF No. 201).

2. As of September 16, 2026, no response or objection to ECF No. 201 appears in the CM/ECF docket report generated September 15, 2026, at 4:35 a.m., which includes entries through ECF No. 287.

Debtor respectfully requests that the Court consider ECF No. 201 and enter the separately submitted proposed order upon determining that the Motion is properly before it.

Dated: September 16, 2026

Respectfully submitted,

/s/ David Lewi-Emmanuel Stockman
David Lewi-Emmanuel Stockman
Debtor, Pro Se
5805 McCarty Road
Saginaw, Michigan 48603
Telephone: (989) 341-3017
Email: dstockma4@icloud.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY DIVISION**

In re:
**DAVID LEWI-EMMANUEL STOCKMAN,**
Debtor.

Case No. 26-20982-dob
Chapter 7
Hon. Daniel S. Opperman
Submitted: September 16, 2026

**ORDER AUTHORIZING RULE 2004 EXAMINATION OF GEORGE E. KIKANO, M.D. AND PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

On Debtor's Motion at ECF No. 201, the Court orders:

1. The Motion is GRANTED to the extent provided in this Order.

2. Debtor David Lewi-Emmanuel Stockman is authorized to examine George E. Kikano, M.D. on the subjects identified in ECF No. 201 that fall within the scope of Federal Rule of Bankruptcy Procedure 2004(b).

3. George E. Kikano, M.D. shall produce the documents and electronically stored information requested in ECF No. 201 within that scope and in his possession, custody, or control, subject to paragraph 4.

4. Attendance and production shall occur as agreed in writing or pursuant to a properly issued and served subpoena under Rules 2004(c) and 9016 and Federal Rule of Civil Procedure 45, with reasonable time to comply. Applicable notice, place-of-compliance, witness-fee, privilege, objection, and protective-order requirements remain in effect.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY DIVISION**

In re:
**DAVID LEWI-EMMANUEL STOCKMAN,**
Debtor.

Case No. 26-20982-dob
Chapter 7
Hon. Daniel S. Opperman

## CERTIFICATE OF SERVICE

I certify that on September 16, 2026, I served the following document:

Certificate of No Response to Debtor's Motion for Order Authorizing Rule 2004 Examination of George E. Kikano, M.D. and Production of Documents and Electronically Stored Information.

Electronic service was made upon the registered CM/ECF participants in this case identified as electronic recipients on the corresponding Notice of Electronic Filing, at their registered electronic addresses shown on that notice.

I also served the Certificate of No Response by first-class United States mail, postage prepaid, addressed to:

George E. Kikano, M.D.
841 Hanover Rd
Mayfield Village, OH 44040

Dated: September 16, 2026

Respectfully submitted,

/s/ David Lewi-Emmanuel Stockman
David Lewi-Emmanuel Stockman
Debtor, Pro Se
5805 McCarty Road
Saginaw, Michigan 48603
Telephone: (989) 341-3017
Email: dstockma4@icloud.com