**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,
Debtor-in-Possession.
_______________________________/

Case No. **26-20982-dob**

Hon. Daniel S. Opperman

DAVID LEWI-EMMANUEL STOCKMAN,
Plaintiff
v.

WILDFIRE CREDIT UNION;
BEN DENAY, individually;
KARL L. WENZLOFF, individually;
WENZLOFF & FIREMAN, P.C.;
STEPHAN GAUS, individually; and
GARSKE HEWITT RODENBO PLC,
formerly known as GARSKE HEWITT,
PLC
Defendants
_______________________________/

## AFFIDAVIT OF NICHOLAS HRUBY, M.D.

1. I am Nicholas Hruby, M.D. I live in the State of Arizona. I formerly lived in the State of Michigan.
2. I became familiar with David Stockman, M.D. when he purchased my interest in Covenant Pathology Associates, LLC in 2018. I was loosely associated with the business as consultant for a sometime thereafter.
3. That I was contacted by Dr. Stockman by email in early September 2023 about possibly conducting a Zoom conference with him about his

bankruptcy. I did not talk to him personally about the Stipulation before the Stipulation was filed.

4. On September 8, 2026, attorney Stephan Gaus called me about a Stipulation that had been filed in the Stockman bankruptcy involving me, referenced as 'Document 228.' It was reported to me that I supposedly gave permission to David Stockman to digitally sign my name to the Stipulation.
5. Mr. Gaus offered to and then did send me a copy of the Stipulation, which I reviewed.
6. Upon my review, Mr. Gaus and I exchanged further emails concerning the accuracy of the representation of the Stipulation filed.
7. I sent Mr. Gaus an email that said the following:

   *To: Stephan Gaus, et. al.*
   *Re: Dr. Stockman*
   *Per our phone call, I would like to attest to the following:*
   *1. I had never seen Document 228 prior to your sending it to me*
   *2. I did not sign an original of this document to be provided to the Court by Dr. Stockman*
   *3. I did not authorize Dr. Stockman to digitally sign this or any other document to provide to the Court*
   *4. I absolutely do not agree to the terms of the Stipulation.*

8. I am aware that Mr. Gaus has filed a Motion to clear up this issue, and that the Court has requested that I sign an Affidavit attesting under oath that these statements are true.

9. I do attest that the statements are true, and moreover that I had no honest idea why all of this was happening as I feel I have nothing of value to offer concerning David Stockman's bankruptcy or his assets.

10. If called upon to do so, I could testify under oath from my own memory as to all of the above.

Dated: 09/11/2026

By ~~signature~~
Nicholas Hruby, MD

STATE OF ~~MICHIGAN~~ Arizona )
) ss.
COUNTY OF Maricopa )

The foregoing instrument was acknowledged before me on Sep. 11, 2026, by Nicholas Hruby.

Notary Public, State of ~~Michigan~~ Arizona
County of Maricopa
My Commission Expires: 1.17.2029
Acting in Maricopa County

SARAH EDWARDS
Notary Public - Arizona
Pinal County
Commission # 679364
My Comm. Expires Jan 17, 2029

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

IN RE:
DAVID LEWI-EMMANUEL STOCKMAN,
Debtor-in-Possession.
______________________________/

Case No. **26-20982-dob**

Hon. Daniel S. Opperman

DAVID LEWI-EMMANUEL STOCKMAN,
Plaintiff
v.

WILDFIRE CREDIT UNION;
BEN DENAY, individually;
KARL L. WENZLOFF, individually;
WENZLOFF & FIREMAN, P.C.;
STEPHAN GAUS, individually; and
GARSKE HEWITT RODENBO PLC,
formerly known as GARSKE HEWITT,
PLC
Defendants
______________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a copy upon the following pro se party by electronic mail:

David Lewi-Emmanuel Stockman

5805 McCarty Road

Saginaw, MI 48603

dstockma4@icloud.com

/s/ Stephan Gaus

Stephan Gaus