UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**COVER SHEET FOR AMENDMENTS**

**Case Name:** David Lewi-Emmanuel Stockman **Case No.:** 26-20982-dob

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

☐ **Amendment to Petition:**
- ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
- ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)

☒ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☐ **Statement of Financial Affairs**

☒ **Schedules and List of Creditors:**
- ☒ Schedule A/B
- ☒ Schedule C ☐ Debtor 2 Schedule C
- ☒ List of Creditors ☒ Schedule D ☒ Schedule E/F and
  - ☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
  - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
- ☒ Schedule G
- ☒ Schedule H
- ☒ Schedule I
- ☒ Schedule J
- ☐ Schedule J-2
- ☒ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

Amended Schedules A/B, C, D, E/F, G, H, I, and J; Summary; Declaration; creditor-list additions.

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** | **Signature** |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** | **Signature** |
| **Date** | **Signature** |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

---

In re: David Lewi-Emmanuel Stockman — Case No. 26-20982-dob

**ADDITIONS TO LIST OF CREDITORS**

**1.** Chi Biu Lam (Denny) / Process Record Slide Limited

Unit D, 3/F, Freder Center

Tokwawan

Kowloon, Hong Kong

**2.** Brian Hart

3684 Lamplighter Drive

Saginaw, MI 48603

---

Amended creditor-list information accompanying the local Cover Sheet for Amendments.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | David Lewi-Emmanuel Stockman (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse, if filing) | (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for th | Eastern District of Michigan |
| Case number (If known) | 26-20982-dob |

☒ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 921,400.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 5,323,877.62 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 6,245,277.62 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 5,367,692.90 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 2,031,826.34 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 4,406,545.45 |
| **Your total liabilities** | $ 11,806,064.69 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 19,728.65 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 16,572.24 |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 19,371.39

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 2,031,826.34 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 487,000.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,518,826.34 |

Fill in this information to identify your case and this filing:

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2 Not filing jointly
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 26-20982-dob

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 5805 McCarty Road
Street address, if available, or other description

Saginaw MI 48603
City State ZIP Code

Saginaw
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ____________

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** 23-12-4-08-2023-004

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 921,400.00

**Current value of the portion you own?** $ 921,400.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Entireties; see AB-1

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2. ____________
Street address, if available, or other description

____________
City State ZIP Code

____________
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ____________

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** ____________

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____________

**Current value of the portion you own?** $____________

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
____________

☐ **Check if this is community property** (see instructions)

1.3. ________________
Street address, if available, or other description

________________
City State ZIP Code

________________
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ________________

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** ________________

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
________________

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ........ ➔ $ 921,400.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☒ Yes

3.1. Make: Chevrolet
Model: Silverado
Year: 2021
Approximate mileage: 71,000
Other information:
VIN ending 8549.

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 45,000.00 | $ 45,000.00 |

If you own or have more than one, describe here:

3.2. Make: ________
Model: ________
Year: ________
Approximate mileage: ________
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

3.3. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

3.4. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☒ No
- ☐ Yes

4.1. Make: ______
Model: ______
Year: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

If you own or have more than one, list here:

4.2. Make: ______
Model: ______
Year: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ → $ 45,000.00

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.........
Furniture, appliances, linens and kitchenware; 50% interest. — $ 12,000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.........
Televisions, computers, phones and electronics. — $ 2,000.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe.........
Books, art, memorabilia and collectibles. — $ 500.00

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe.........
Workout and exercise equipment. — $ 15,000.00

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☒ Yes. Describe.........
One old shotgun. — $ 50.00

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.........
Everyday clothing and shoes. — $ 1,000.00

12. **Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☒ No
☐ Yes. Describe.......... $

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.......... $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information. .............. $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............ → $ 30,550.00

Debtor 1 David Lewi-Emmanuel Stockman — First Name, Middle Name, Last Name

Case number 26-20982-dob

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes ........ Cash: ........ $ 500.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes ........

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Bank of America joint checking; AB-1 | $ 0.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes ........ Institution or issuer name:

$

$

$

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☒ Yes. Give specific information about them........

| Name of entity: | % of ownership: | |
|---|---|---|
| Four direct business interests; see AB-2 | 100 % | $ 0.00 |
| | % | $ |
| | % | $ |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them.......................

| Issuer name: | |
|---|---|
| | $ |
| | $ |
| | $ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | Robinhood Traditional IRA; see AB-1 | $ 7,000.00 |
| Retirement account: | TIAA-CREF / CMU 403(b); see AB-1 | $ 63,000.00 |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes.........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $ |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | | $ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.........................

| Issuer name and description: | |
|---|---|
| | $ |
| | $ |
| | $ |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$
$
$

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them.... $

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☒ Yes. Give specific information about them.... Royalties, copyrights, websites and licensing rights; AB-4. $ 50.00

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☒ Yes. Give specific information about them.... Michigan professional licenses; nontransferable; AB-4. $ 0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................... None

Federal: $ 0.00
State: $ 0.00
Local: $ 0.00

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information.............

Alimony: $
Maintenance: $
Support: $
Divorce settlement: $
Property settlement: $

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes. Give specific information.............. Six receivables; see AB-3 for amounts and basis. $ 2,408,448.71

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Farmers Insurance Exchange | Debtor / spouse | $ 0.00 |
| GM National Insurance Co. | Debtor; see AB-4 | $ 0.00 |
| Northwestern Mutual | Spouse; see AB-4 | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information............. $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. .................... Litigation claims; estimated values and details in AB-5. $ 2,769,328.91

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☒ Yes. Describe each claim. .................... Rights included in items 30 and 33; no additional value; $ 0.00

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............ $

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................ → $ 5,248,327.62

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe....... $

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe....... $

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☐ No
- ☐ Yes. Describe....... $

41. **Inventory**

- ☐ No
- ☐ Yes. Describe....... $

42. **Interests in partnerships or joint ventures**

- ☐ No
- ☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| | % | $ |
| | % | $ |
| | % | $ |

43. **Customer lists, mailing lists, or other compilations**

- ☐ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe........ $

44. **Any business-related property you did not already list**

- ☐ No
- ☐ Yes. Give specific information .........

$
$
$
$
$
$

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $ 0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☒ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

- ☐ No
- ☐ Yes........................ $

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ............ $

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes ........................ $

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes ........................ $

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ............ $

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ → $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. ............ $ $ $

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ → $ 0.00

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........ → | | $ 921,400.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 45,000.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 30,550.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 5,248,327.62 | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | |
| 62. **Total personal property.** Add lines 56 through 61. ........ | $ 5,323,877.62 Copy personal property total → | + $ 5,323,877.62 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | $ 6,245,277.62 |

## ADDENDUM AB-1 - OWNERSHIP AND VALUATION

**Items 1-2.** Residence at 5805 McCarty Road, Saginaw, Michigan 48603, Saginaw County; parcel 23-12-4-08-2023-004. Estimated gross value: $921,400, based on twice the 2025 state equalized value of $460,700. Ownership is reported with the nonfiling spouse as tenants by the entirety. The reported undivided interest is listed at $921,400 without deducting liens or exemptions.

**Item 17.** Bank of America joint checking: $0 as of June 26, 2026. This was the only deposit account held by the debtor on the petition date. The earlier meeting-of-creditors reference to another joint deposit account is corrected.

**Item 21.** TIAA-CREF / Central Michigan University 403(b): $63,000. Robinhood Traditional IRA: approximately $7,000 as of the petition date, before the reported subsequent liquidation or transfer to the IRS. A right to recover the same IRA proceeds is included in this $7,000 and is not an additional asset.

**Valuation date.** Property values relate to the June 26, 2026 petition date except where a later event is expressly identified. Litigation and receivable values are estimates based on the records and valuation methods stated in AB-3 and AB-5.

## ADDENDUM AB-2 - BUSINESS INTERESTS

**Item 19.** The debtor reports the following four directly owned interests, each at 100% ownership and $0 estimated equity. Company property and subsidiary interests are included through these ownership interests and are not separately added as personally owned assets.

**Michigan Health Clinics, P.C.** Includes Covenant Pathology Associates, P.C. (formerly Coordinated Health Providers); Urologic Diagnostic Laboratories through Covenant Pathology Associates; Specialized Pathology Partners (formerly Orthopedic and Sarcoma Associates; dissolved); Michigan Skin Clinic (dissolved); Michigan Institute of Forensic Science and Medicine; and Michigan Institute of Toxicology.

**Becker-Pressente LLC.** Remaining property at 3925 Fortune Boulevard has an estimated gross value of $2,443,600. Liens and obligations are reflected in the $0 ownership-equity estimate.

**BPE Group LLC.** Includes Great Lakes Bay Staffing Company, Inc. and Michigan Billing Company, Inc. The subsidiaries are not separately counted.

**Saginaw MTA Properties LLC.** Former real property was reported foreclosed by GOF in May 2025. Estimated equity: $0.

The reported $500,000 of MHC gross assets is separate from the debtor's compensation receivable and is not the equity value of the stock. No separate personal loan receivable from Specialized Pathology Partners is asserted.

**ADDENDUM AB-3 - AMOUNTS OWED TO DEBTOR**

**Item 30.** Six receivables, totaling $2,408,448.71, are included once. The stated balances are estimated current values; disputed amounts remain subject to defenses, ownership, credits and collectibility.

| **Obligor and basis** | **Amount** |
|---|---|
| Michigan Health Clinics, P.C. - unpaid contractual compensation. | $1,553,904.00 |
| Michigan Institute of Forensic Science and Medicine - unpaid contractual compensation. | $300,000.00 |
| Covenant Medical Center, Inc. / Covenant HealthCare - compensation and contract rights; detail follows. | $286,762.50 |
| CompHealth - unpaid prepetition professional services. | $10,000.00 |
| Ziad Daoud, Ph.D. - claimed investment, advances and appreciation; detail follows. | $244,782.21 |
| Majd Jundi - visa-related reimbursement. | $13,000.00 |
| **Total - item 30** | **$2,408,448.71** |

The debtor previously estimated the MHC and MIFSM compensation receivables to be fully collectible. They are separate from the value of the debtor's ownership interests in those entities.

## ADDENDUM AB-3 - RECEIVABLE DETAIL

**Covenant - $286,762.50; Adv. 26-02024.** The July 27, 2026 complaint asserts $216,000 under Section 10/10.1 (16 installments x $13,500); $42,962.50 of medical-direction compensation ($12,962.50 plus 10 months x $3,000); and $27,800 of invoice principal and late charges ($20,000 plus $7,800). These components total $286,762.50.

The Covenant claim is asserted through direct, beneficial, assigned, ratified or otherwise authorized rights as pleaded. Corporate-only COVID claims are not included. The amount describes the asserted interest and does not adjudicate ownership or liability.

**Daoud - $244,782.21; Adv. 26-02023.** The asserted proportional-investment measure includes $97,668.10 of advances and $147,114.11 of claimed appreciation. Recovery of the $97,668.10 principal is pleaded in the alternative and is not counted again. The larger measure depends on the alleged investment or equity-sharing arrangement.

The Covenant and Daoud litigation matters are identified again in AB-5 solely to describe the pending claims. Their $531,544.71 combined amount is included in item 30, not in the additional value reported in item 33.

## ADDENDUM AB-4 - RIGHTS, REFUNDS AND INSURANCE

**Item 26.** Elsevier and other royalties, copyrights, website/domain interests and licensing rights: $50 estimated value.

**Item 27.** Michigan medical and professional licenses: $0 transferable value.

**Item 28.** No tax refunds owed as reported by the debtor. Federal, state and local refund values: $0.

**Item 31 - homeowners.** Farmers Insurance Exchange; debtor and nonfiling spouse are insureds. Refund or surrender value: $0.

**Item 31 - automobile.** GM National Insurance Company; debtor is the insured and GM Financial is the lienholder. Refund or surrender value: $0.

**Item 31 - life insurance.** Northwestern Mutual; cash surrender value: $0. A collateral assignment to Frankenmuth Credit Union is reported, with Jennifer Arizo-Stockman as primary beneficiary of the remainder. The reported death benefit is not included as present cash value.

## ADDENDUM AB-5 - CLAIMS AGAINST THIRD PARTIES

**Item 33.** The following additional litigation interests total $2,769,328.91 in estimated current values. The interests are disputed, contingent or unliquidated. Recovery depends on ownership, liability, causation, collectibility and avoidance of duplicate recovery.

| Matter / asserted interest | Estimated value |
|---|---|
| Wildfire and related defendants, Adv. 26-02027 - abuse of process, conspiracy, restitution and conditional indemnity. | $1,000,000.00 |
| NeoGenomics - personal claims and counterclaims; state case 23-002346-CB and related federal proceedings. | $1,000,000.00 |
| GOF, Adv. 26-02026 - asserted personal accounting, restitution, foreclosure-related and credit rights. | $400,000.00 |
| Related media / publication claims - one shared lost-assignment calculation; detail follows. | $364,200.00 |
| Gaus / Garske Hewitt Rodenbo, Adv. 26-02025 - asserted garnishment surplus and related accounting rights. | $5,128.91 |
| **Total - additional value in item 33** | **$2,769,328.91** |

Covenant compensation, Adv. 26-02024, and Daoud, Adv. 26-02023, are valued in item 30. Their combined $531,544.71 is not added to this item-33 total.

## ADDENDUM AB-5 - VALUATION BASES

**Wildfire.** The $1,000,000 estimate is based on the debtor's approximate valuation at the meeting of creditors. The adverse judgment is not added as property; related indemnity and recoupment theories are included in the same estimate.

**NeoGenomics.** The $1,000,000 estimate uses the personal reputational and emotional-distress component identified in the pleading materials. It excludes the separate companies' revenue-loss demands and does not use the full $3,000,000 combined personal/company estimate. Related state and federal proceedings identify the same interest, not separate recoveries.

**GOF.** The $400,000 estimate uses the lower working estimate from the meeting-of-creditors discussion. Company property values and reduction of a guaranty balance are not added as separate cash recoveries.

**Media-related earnings.** The $364,200 calculation comprises $106,200 for 59 Trident assignment days at $1,800 per day and $258,000 for 129 Columbia assignment days at eight hours per day and $250 per hour. This earnings model is counted once across related theories and defendants. It is before reductions for replacement earnings or avoided expenses.

**Garnishment surplus.** The $5,128.91 estimate is $12,187.50 received less $7,058.59 applied to the Higgs balance. The full receipt and any multiplied recovery are not added.

## ADDENDUM AB-5 - RELATED CLAIMS AND LIMITATIONS

Related claims include ABC12/WJRT, Flint TV and associated media defendants; Cole Waterman / MLive, including case 26-001695-NO; My UP Now / Duncan / Bush and associated participants; Covenant identity, likeness, signature and publication claims in Adv. 26-02030; and the related Covenant poster / no-trespass publication allegations. These matters are disclosed without repeating the same earnings loss for each defendant or proceeding.

The Covenant identity and ABC12/MCPA materials state $300,000,000 demands. Those demands are not added as established values. Corporate-only contract losses and separate claims of the debtor's companies are not added as personal property.

The stated values are good-faith estimates for Schedule A/B. Broad Wildfire, NeoGenomics and media damage theories may overlap. The estimates avoid known duplicate recoveries by counting shared earnings loss once and excluding separate corporate claims, repeated demands, alternative indemnity theories, punitive damages and multipliers.

Rights based on prepetition conduct are distinguished from separately arising postpetition publications or injuries. Disclosure of later events does not establish that a wholly new postpetition cause of action existed on June 26, 2026 or resolve whether it belongs to the Chapter 7 estate.

The combined estimated litigation amount is $3,300,873.62, consisting of $2,769,328.91 in item 33 and $531,544.71 already included in item 30. No separate additional amount is assigned to an alternative theory seeking recovery for the same loss.

## ADDENDUM AB-6 - CONTINGENT RIGHTS AND OFFSETS

**Item 34.** NeoGenomics counterclaim, setoff and recoupment rights are included in the item-33 estimate. Related proceedings include state case 23-002346-CB and federal removal proceedings identified as 4:25-cv-14038 and 4:26-cv-11482. The multiple case numbers do not describe separately valued recoveries.

GOF payment, foreclosure-credit, restitution, setoff and recoupment rights are included in its item-33 estimate. Wildfire recoupment and conditional indemnification are included in its item-33 estimate. Additional Bush / Gaus conditional reimbursement theories are not added to losses already counted.

Item 34 therefore reports $0 additional value. This avoids counting the same rights twice and does not state that the disclosed underlying claims have no value.

The IRS / Robinhood recovery interest concerns the same approximately $7,000 reported under item 21. It is not an additional $7,000 asset under item 34. Debts owed to opposing parties are not deducted from the estimated asset values in this schedule.

Financial assets in item 36 total $5,248,327.62. Personal property in item 62 totals $5,323,877.62. Adding the $921,400 residence produces $6,245,277.62 in item 63. These totals carry the estimated receivable and litigation values described in AB-3 and AB-5.

**Fill in this information to identify your case:**

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for tl Eastern District of Michigan

Case number 26-20982-dob
(If known)

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Home; entireties<br>Line from *Schedule A/B*: 1.1 | $ 921,400.00 | ☐ $ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | ~~11 U.S.C. 522(b)(3)(B);~~<br>~~MCL 600.5451(1)(n);~~ |
| Brief description: 2021 Silverado<br>Line from *Schedule A/B*: 3.1 | $ 45,000.00 | ☒ $ 4,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ~~MCL 600.5451(1)(g)~~ |
| Brief description: Clothes and shoes<br>Line from *Schedule A/B*: 11 | $ 1,000.00 | ☐ $ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | ~~MCL 600.5451(1)(a)(iii)~~ |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☐ No
   - ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☒ No
     - ☐ Yes

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household/exercise<br>Line from *Schedule A/B*: 6, 9 | $ 27,000.00 | ☒ $ 5,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(c) |
| Brief description: One computer<br>Line from *Schedule A/B*: 7 | $ 875.00 | ☒ $ 875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(h) |
| Brief description: TIAA 403(b)<br>Line from *Schedule A/B*: 21 | $ 63,000.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(3)(C) |
| Brief description: Family pictures<br>Line from *Schedule A/B*: 8 | $ 500.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(a)(i) |
| Brief description: Robinhood IRA<br>Line from *Schedule A/B*: 21 | $ 7,000.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(3)(C);<br>~~MCL 600.5451(1)(k)~~ |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1: David Lewi-Emmanuel Stockman (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known): 26-20982-dob

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion (If any) |
|---|---|---|---|
| 2.1 Ameris Bank d/b/a Balboa | $ 69,575.51 | $ 0.00 | $ 69,575.51 |
| 2.2 Frankenmuth Credit Union | $ 2,781,076.22 | $ 332,085.26 | $ 2,448,990.96 |

**2.1** Ameris Bank d/b/a Balboa (Creditor's Name)
575 Anton Blvd., Suite 1080 (Number Street)
Costa Mesa C 92626 (City State ZIP Code)

**Describe the property that secures the claim:** Reported McCarty lien. Claim 16-1

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____

**Date debt was incurred** 08/08/2023

**Last 4 digits of account number** N/A

**2.2** Frankenmuth Credit Union (Creditor's Name)
580 North Main Street (Number Street)
Frankenmuth MI 48734 (City State ZIP Code)

**Describe the property that secures the claim:** Loan 711; McCarty allocation.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____

**Date debt was incurred** 06/24/2022

**Last 4 digits of account number** 711

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 2,850,651.73

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 1:** **Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

Column A: Amount of claim — Do not deduct the value of collateral.
Column B: Value of collateral that supports this claim
Column C: Unsecured portion — If any

---

**2.** Frankenmuth Credit Union
Creditor's Name
580 North Main Street
Number Street

Frankenmuth MI 48734
City State ZIP Code

**Describe the property that securing the claim:** Loan 772; McCarty allocation.

Column A: $ 641,836.49 — Column B: $ 76,640.99 — Column C: $ 565,195.50

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** 09/24/2021

**Last 4 digits of account number** 772

---

**2.** Frankenmuth Credit Union
Creditor's Name
580 North Main Street
Number Street

Frankenmuth MI 48734
City State ZIP Code

**Describe the property that secures the claim:** Loan 802; McCarty allocation.

Column A: $ 1,688,933.90 — Column B: $ 201,673.75 — Column C: $ 1,487,260.15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** 02/25/2022

**Last 4 digits of account number** 802

---

**2.** GM Financial
Creditor's Name
801 Cherry Street, Suite 3600
Number Street

Fort Worth T 76102
City State ZIP Code

**Describe the property that secures the claim:** 2021 Silverado; VIN 8549. Purchase

Column A: $ 29,384.00 — Column B: $ 45,000.00 — Column C: $ 0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** 04/20/2021

**Last 4 digits of account number** N/P

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 2,360,154.39

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ ______

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 1: Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| 2. Internal Revenue Service | $ 18,050.00 | $ 18,050.00 | $ 0.00 |
| 2. Saginaw County Treasurer | $ 18,196.78 | $ 921,400.00 | $ 0.00 |
| 2. Process Record Slide Limited | $ 120,640.00 | $ 94,400.00 | $ 26,240.00 |

**2.** Internal Revenue Service
Creditor's Name
P.O. Box 7346
Number Street
Centralized Insolvency Operation
Philadelphia PA 19101-7346
City State ZIP Code

Describe the property that secures the claim: 2022 income-tax lien; Claim 15-1. See

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

Date debt was incurred 2022 tax year

Last 4 digits of account number N/A

**2.** Saginaw County Treasurer
Creditor's Name
111 S. Michigan Ave., Room 107
Number Street

Saginaw MI 48602
City State ZIP Code

Describe the property that secures the claim: Taxes on 5805 McCarty Rd.; parcel

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

Date debt was incurred Prepetition

Last 4 digits of account number 004

**2.** Process Record Slide Limited
Creditor's Name
Unit D, 3/F, Freder Center
Number Street
Tokwawan
Kowloon H N/A
City State ZIP Code

Describe the property that secures the claim: Scanner and two printers; retained title.

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured X car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

Date debt was incurred 04/19/2025

Last 4 digits of account number LEASE

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 156,886.78

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 5,367,692.90

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ John P. Tragge; Stancato Tragge Wells, PLLC
Name
2111 Woodward Avenue, Suite 701
Number Street

Detroit MI 48201
City State ZIP Code

On which line in Part 1 did you enter the creditor? 2.2–2.4
Last 4 digits of account number ___ ___ ___ ___

☐ Deborah S. Rubin; Taft Stettinius & Hollister LLP
Name
27777 Franklin Road, Suite 2500
Number Street

Southfield MI 48034
City State ZIP Code

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

☐ Kelly Kumpula; DeBrincat & Kumpula
Name
27780 Novi Road, Suite 225
Number Street

Novi MI 48377
City State ZIP Code

On which line in Part 1 did you enter the creditor? 2.5
Last 4 digits of account number ___ ___ ___ ___

☐ Chi Biu Lam; Process Record Slide Limited
Name
Unit D, 3/F, Freder Center
Number Street

Tokwawan, Kowloon HK N/A
City State ZIP Code

On which line in Part 1 did you enter the creditor? 2.8
Last 4 digits of account number ___ ___ ___ ___

☐ ______
Name
______
Number Street
______
______
City State ZIP Code

On which line in Part 1 did you enter the creditor? ______
Last 4 digits of account number ___ ___ ___ ___

☐ ______
Name
______
Number Street
______
______
City State ZIP Code

On which line in Part 1 did you enter the creditor? ______
Last 4 digits of account number ___ ___ ___ ___

**ADDENDUM 1 TO AMENDED SCHEDULE D**

**Entries 2.2 through 2.4 — Frankenmuth Credit Union.** The three scheduled claims total $5,111,846.61. Debtor guarantees Becker-Pressente loan 711 and Michigan Health Clinics loan 772. Debtor and Michigan Health Clinics are co-borrowers on loan 802.

The home at 5805 McCarty Road is owned with the nonfiling spouse as tenants by the entirety, as reported by Debtor. Its estimated gross value is $921,400, twice the 2025 state equalized value of $460,700. Schedules A/B, C and D use the same gross value without deducting liens or exemptions.

The September 24, 2021 home mortgage, recorded September 30, 2021 as Instrument 2021031913, contains cross-collateralization language and a $610,400 maximum-principal provision, excluding protective advances. Because the same mortgage supports all three claims, Column B allocates that $610,400 pro rata by scheduled claim balance. This produces concrete disclosure estimates without counting the same collateral three times.

| Entry | Claim | Column B | Column C |
|---|---|---|---|
| 2.2 / 711 | $2,781,076.22 | $332,085.26 | $2,448,990.96 |
| 2.3 / 772 | $641,836.49 | $76,640.99 | $565,195.50 |
| 2.4 / 802 | $1,688,933.90 | $201,673.75 | $1,487,260.15 |
| **Total** | **$5,111,846.61** | **$610,400.00** | **$4,501,446.61** |

## ADDENDUM 1 TO AMENDED SCHEDULE D — COLLATERAL

The May 9, 2025 forbearance agreement identifies Michigan Health Clinics business assets and Becker-Pressente's 3925 Fortune Boulevard property as additional shared collateral. Those assets are owned by separate entities and are not included as property owned by Debtor in Schedule D Column B.

The estimated gross value of 3925 Fortune Boulevard is $2,443,600, based on twice its 2026 state equalized value. Debtor also reported that Frankenmuth obtained an appraisal of approximately $5,000,000. Michigan Health Clinics' estimated $500,000 aggregate asset value includes equipment, receivables, cash and other business assets.

The mortgage amendment accompanying the May 9, 2025 forbearance agreement removes the maximum-principal provision from the Fortune Boulevard mortgage and expands its covered obligations. It does not amend the McCarty Road mortgage.

The Column B allocation is a good-faith Schedule D estimate based on the recorded McCarty Road mortgage provision and the claim balances available for the petition date. It does not determine lien priority, allowance of a claim, the nonfiling spouse's interest, exemption rights, or the effect of separate company collateral.

**ADDENDUM 2 TO AMENDED SCHEDULE D**

**Entry 2.1 — Ameris Bank d/b/a Balboa Capital.** Claim 16-1 asserts $69,575.51, consisting of a $55,721.05 judgment, $311.20 in costs and $17,399.17 in interest, less $3,855.91 in payments. Debtor disputes the balance, interest and legal charges and reports an objection to the claim.

Debtor previously reported a possible judgment lien against 5805 McCarty Road. Claim 16-1 identifies Michigan Skin Clinics, P.C. and Debtor but designates the claim unsecured. No separate recorded lien was located in the available materials. Column B is therefore $0 and Column C is $69,575.51. The entry preserves disclosure of the reported lien without admitting its validity.

**Entry 2.6 — Internal Revenue Service.** Claim 15-1 asserts an $18,050 secured component for 2022 income tax. A federal tax lien notice was recorded January 9, 2025 as Instrument 2025000518. Debtor disputes the liability and asserts a corrected balance of $0 based on an amended return. The asserted lien is disclosed because no release was identified.

The disclosed debtor property materially exceeds the $18,050 asserted secured component. Column B is therefore $18,050 and Column C is $0 for Schedule D. The selected debt-ownership response is Debtor 1 only.

**ADDENDUM 3 TO AMENDED SCHEDULE D**

**Entry 2.5 — GM Financial.** The scheduled claim is $29,384.00. GM Financial's July 17 motion states $29,384.36; the debtor-confirmed rounded amount is used. The solely owned 2021 Chevrolet Silverado, VIN ending 8549, is valued at $45,000. Column C is $0. The account-number suffix was not furnished in the available materials; "N/P" is entered, and the VIN suffix identifies the collateral.

**Entry 2.7 — Saginaw County Treasurer.** The $18,196.78 property-tax balance concerns 5805 McCarty Road, parcel 23-12-4-08-2023-004, as of June 26, 2026. The $921,400 collateral value is the same whole-property value used in Schedules A/B and C. Column C is $0.

**Claim-status correction.** A debt is not marked unliquidated merely because collateral was estimated or the debtor disputed liability. The fixed amounts used here come from the filed claims, creditor motion, loan records and county-tax balance. Ameris/Balboa and the IRS remain marked disputed; the other scheduled claims are not marked contingent, unliquidated or disputed.

GOF Finance-C, LLC is addressed on Schedule E/F as a disputed guaranty claim secured by company-owned property. Moeller Builders is omitted from personal Schedule D because the available record identifies company property and no personal liability or lien against property owned by Debtor. These classifications do not release any lien.

**ADDENDUM 4 TO AMENDED SCHEDULE D**

**Entry 2.8 — Process Record Slide Limited; Chi Biu Lam (Denny).** The April 19, 2025 agreement names Debtor as lessee of one Heidstar scanner, one Labsim cassette printer and one Labsim slide printer. Their stated total value is $94,400. The agreement requires $120,640 in scheduled payments and provides that the lessor retains title until full payment.

Column A is $120,640, Column B is $94,400 and Column C is $26,240. The claim is disputed as to amount and classification. The lease should also be listed on Schedule G.

**Fill in this information to identify your case:**

Debtor 1: David Lewi-Emmanuel Stockman
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (if known): 26-20982-dob

☒ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

**Part 1: List All of Your PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☒ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 | $ 294,043.05 | $ 294,043.05 | $ 0.00 |
| 2.2 | $ 167,890.85 | $ 167,890.8 | $ 0.00 |

**2.1** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-7346
City State ZIP Code

**Last 4 digits of account number** N/A
**When was the debt incurred?** 12/31/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ____________

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-7346
City State ZIP Code

**Last 4 digits of account number** N/A
**When was the debt incurred?** 03/31/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ____________

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Total claim | Priority amount | Nonpriority amount

2.3 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** N/A

**When was the debt incurred?** 06/30/2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Total claim $ 276,765.1 | Priority amount $ 276,765.1 | Nonpriority amount $ 0.00

2.4 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
INCOME (estimated); Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** N/A

**When was the debt incurred?** 12/31/2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Total claim $ 168,130.3 | Priority amount $ 168,130.3 | Nonpriority amount $ 0.00

2.5 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** N/A

**When was the debt incurred?** 12/31/2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Total claim $ 2,596.93 | Priority amount $ 2,596.9 | Nonpriority amount $ 0.00

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.6 | $ 186,954.8 | $ 186,954.8 | $ 0.00 |
| 2.7 | $ 165,535.6 | $ 165,535.6 | $ 0.00 |
| 2.8 | $ 147,950.5 | $ 147,950.5 | $ 0.00 |

**2.6** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

Last 4 digits of account number N/A

When was the debt incurred? 03/31/2024

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______________

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**2.7** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

Last 4 digits of account number N/A

When was the debt incurred? 06/30/2024

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______________

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**2.8** Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

Last 4 digits of account number N/A

When was the debt incurred? 09/30/2024

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______________

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.9 Internal Revenue Service | $ 155,676.4 | $ 155,676.4 | $ 0.00 |
| 2.1 Internal Revenue Service | $ 74,136.6 | $ 74,136.6 | $ 0.00 |
| 2.1 Internal Revenue Service | $ 101,964.2 | $ 101,964.2 | $ 0.00 |

2.9 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
INCOME (estimated); Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

Last 4 digits of account number N/A

When was the debt incurred? 12/31/2024

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim:

- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

Is the claim subject to offset?

- ☐ No
- ☐ Yes

2.1 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

Last 4 digits of account number N/A

When was the debt incurred? 12/31/2024

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim:

- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

Is the claim subject to offset?

- ☐ No
- ☐ Yes

2.1 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

Last 4 digits of account number N/A

When was the debt incurred? 03/31/2025

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim:

- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

Is the claim subject to offset?

- ☐ No
- ☐ Yes

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Total claim | Priority amount | Nonpriority amount

2.1 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

**Last 4 digits of account number** N/A

$ 71,105.1 | $ 71,105.1 | $ 0.00

**When was the debt incurred?** 06/30/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

2.1 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
INCOME (estimated); Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

**Last 4 digits of account number** N/A

$ 155,676.4 | $ 155,676.4 | $ 0.00

**When was the debt incurred?** 12/31/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

2.1 Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number Street
CIVIL PEN; Claim 15-1
Philadelphia PA 19101-734
City State ZIP Code

**Last 4 digits of account number** N/A

$ 63,400.2 | $ 63,400.2 | $ 0.00

**When was the debt incurred?** 12/31/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

- [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- [x] Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Chase / JPMorgan Chase Bank, N.A.
Nonpriority Creditor's Name
P.O. Box 9013
Number Street
Addison TX 75001
City State ZIP Code

Last 4 digits of account number 9526
When was the debt incurred? Prepetition
Total claim: $39,414.87

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business credit card; personal guaranty; Claim 5-1

**4.2** Frost & Associates, LLC
Nonpriority Creditor's Name
2600 W. Big Beaver Rd., Suite 300
Number Street
Troy MI 48084
City State ZIP Code

Last 4 digits of account number N/P
When was the debt incurred? Prepetition
Total claim: $30,000.00

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Legal services

**4.3** GOF Finance-C, LLC
Nonpriority Creditor's Name
40950 Woodward Ave., Suite 100
Number Street
Bloomfield Hills MI 48304
City State ZIP Code

Last 4 digits of account number N/P
When was the debt incurred? 2024
Total claim: $300,000.00

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [ ] No
- [x] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify MHC guaranty; see addendum

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.4 Internal Revenue Service
Nonpriority Creditor's Name
P.O. Box 7346
Number Street
Philadelphia PA 19101-7346
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** N/A

Total claim: 41,130.64

**When was the debt incurred?** 2022-2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of **NONPRIORITY** unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Tax penalties; Claim 15-1

4.5 MOHELA
Nonpriority Creditor's Name
633 Spirit Drive
Number Street
Chesterfield MO 63005-1243
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** N/P

Total claim: 487,000.00

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of **NONPRIORITY** unsecured claim:

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

4.6 NeoGenomics Laboratories, Inc.
Nonpriority Creditor's Name
1901 6th Avenue North, Suite 1500
Number Street
Birmingham AL 35203
City State ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [x] Yes

Total claim: 1,006,003.50

**Last 4 digits of account number** N/P

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Type of **NONPRIORITY** unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Laboratory litigation; est.; addendum

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.7 Northwest Pathology Consultant
Nonpriority Creditor's Name
44405 Woodward Ave.
Number Street
Pontiac MI 48341
City State ZIP Code

**Last 4 digits of account number** N/A
90,308.09

**When was the debt incurred?** 2024 litigation

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Disputed litigation demand; addendum

4.8 Perez, Magdalena
Nonpriority Creditor's Name
4901 Towne Centre Rd., Suite 235
Number Street
Saginaw MI 48604
City State ZIP Code

**Last 4 digits of account number** N/P
131,626.18

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Contingent indemnity; Wildfire codebtor

4.9 TIAA Commercial Finance, Inc.
Nonpriority Creditor's Name
730 Third Avenue
Number Street
New York NY 10017
City State ZIP Code

19,403.68

**Last 4 digits of account number** N/P

**When was the debt incurred?** 08/08/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Equipment-finance judgment

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.10 Vox Funding LLC
Nonpriority Creditor's Name
100 Park Ave., Floor 31
Number Street
New York NY 10017-5584
City State ZIP Code

**Last 4 digits of account number** N/P

**When was the debt incurred?** 10/06/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Business financing / guaranty

Total claim: 455,899.39

4.11 Wildfire Credit Union
Nonpriority Creditor's Name
6640 Bay Rd.
Number Street
Saginaw MI 48604
City State ZIP Code

**Last 4 digits of account number** N/P

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Default judgment

Total claim: 131,626.18

4.12 Bush, Russell
Nonpriority Creditor's Name
353 Golfside Dr.
Number Street
Lapeer MI 48446
City State ZIP Code

**Last 4 digits of account number** N/P

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Arbitration / litigation

Total claim: 657,838.80

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.13 Jayakumar, Kishore
Nonpriority Creditor's Name
1210 Massachusetts Ave. NW, Apt. 710
Number Street
Washington DC 20005
City State ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** N/P __ __ __ — 450,000.00

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Pending federal litigation

4.14 Nasir, Wasim
Nonpriority Creditor's Name
4444 W. Bristol Rd., Suite 150
Number Street
Flint MI 48507
City State ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** N/P __ __ __ — 154,841.75

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Judgment / litigation

4.15 Tashjian, Randy
Nonpriority Creditor's Name
1234 Hampton Rd.
Number Street
Grosse Pointe Woods MI 48236
City State ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** N/P __ __ __ — 100,000.00

**When was the debt incurred?** 2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Employment litigation

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. — **Total claim**

**4.16** MyMichigan Health
Nonpriority Creditor's Name
4000 Wellness Drive
Number Street
Midland, MI 48670
City State ZIP Code

Last 4 digits of account number N/P — **1,700.00**

When was the debt incurred? Prepetition

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical bills

**4.17** Barbara Stockman and Marvin Stockman
Nonpriority Creditor's Name
c/o 5805 McCarty Road
Number Street
Saginaw, MI 48603
City State ZIP Code

Last 4 digits of account number N/P — **50,000.00**

When was the debt incurred? 06/2025

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Family loan; see EF-F

**4.18** Victor Torres Law
Nonpriority Creditor's Name
31350 Telegraph Rd., Ste. 202
Number Street
Franklin, MI 48025
City State ZIP Code

Last 4 digits of account number N/P — **55,000.00**

When was the debt incurred? Prepetition

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Legal fees; MHC codebtor

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.19 Looby Baumgarten, P.C.
Nonpriority Creditor's Name
5525 Colony Drive North
Number Street
Saginaw MI 48638
City State ZIP Code

**Last 4 digits of account number** N/P ___ ___ ___ 17,000.00

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Accounting; MHC codebtor

4.20 Jim Kelly Law
Nonpriority Creditor's Name
30300 Northwestern Hwy., Ste. 324
Number Street
Farmington Hills MI 48334
City State ZIP Code

**Last 4 digits of account number** N/P ___ ___ ___ 15,000.00

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Legal fees; $10,000 disputed

4.21 GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

**Last 4 digits of account number** N/P ___ ___ ___ 8,008.27

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 2-1; asserted deficiency

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.22 ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** N/P ___ ___ ___ — 1,673.05

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 7-1; disputed lease

4.23 ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** N/P ___ ___ ___ — 6,737.37

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 8-1; disputed lease

4.24 ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** N/P ___ ___ ___ — 4,197.05

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 9-1; disputed lease

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

4.25 ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

Last 4 digits of account number N/P 11,605.94

When was the debt incurred? Prepetition

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 10-1; disputed lease

Is the claim subject to offset?
- ☒ No
- ☐ Yes

4.26 ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

Last 4 digits of account number N/P 6,399.75

When was the debt incurred? Prepetition

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 11-1; disputed lease

Is the claim subject to offset?
- ☒ No
- ☐ Yes

4.27 ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

Last 4 digits of account number N/P 16,194.93

When was the debt incurred? Prepetition

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 12-1; disputed lease

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.28** ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

**Last 4 digits of account number** N/P — **Total claim:** 9,194.63

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 13-1; disputed lease

**4.29** ACAR Leasing / GM Financial
Nonpriority Creditor's Name
801 Cherry Street, Suite 3600
Number Street
Fort Worth TX 76102
City State ZIP Code

**Last 4 digits of account number** N/P — **Total claim:** 8,741.38

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Claim 14-1; disputed lease

**4.30** Hart, Brian
Nonpriority Creditor's Name
3684 Lamplighter Drive
Number Street
Saginaw MI 48603
City State ZIP Code

**Last 4 digits of account number** N/P — **Total claim:** 100,000.00

**When was the debt incurred?** Prepetition

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Contingent employment/litigation claim

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Becket and Lee LLP
Name
P.O. Box 3001
Number Street

Malvern PA 19355-0701
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.1-4.3 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

National Bankruptcy Services, LLC
Name
P.O. Box 9013
Number Street

Addison TX 75001
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.4 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Dickinson Wright PLLC
Name
2600 W. Big Beaver Rd.
Number Street
Suite 300
Troy MI 48084
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.5 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Schafer and Weiner, PLLC
Name
40950 Woodward Ave.
Number Street
Suite 100
Bloomfield Hills MI 48304
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.6 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Balch & Bingham LLP
Name
1901 6th Avenue North
Number Street
Suite 1500
Birmingham AL 35203
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.10 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

The Health Law Partners, P.C.
Name
32000 Northwestern Highway
Number Street
Suite 240
Farmington Hills MI 48334
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.11 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Matthew L. Frey
Name
4901 Towne Centre Rd.
Number Street
Suite 235
Saginaw MI 48604
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.12 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

5.8 Jonathan E. Lauderbach
Name
Warner Norcross + Judd LLP
Number Street
715 E. Main St., Suite 110
Midland MI 48640
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.13 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

5.9 Karl L. Wenzloff
Name
Wenzloff & Fireman, P.C.
Number Street
903 N. Jackson St.
Bay City MI 48708-5953
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.15 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

5.10 Stephan Gaus
Name
708 S. Euclid
Number Street
Bay City MI 48706
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.16 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name
Number Street
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name
Number Street
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name
Number Street
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Name
Number Street
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 2,031,826.34 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 2,031,826.34 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 487,000.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 3,919,545.45 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 4,406,545.45 |

Totals include the stated estimates for disputed and unliquidated claims.

**ADDENDUM TO AMENDED SCHEDULE E/F**

Business credit cards. Chase entry 4.1 is a business credit card personally guaranteed by Debtor. The American Express claims and Goldman Sachs/Apple Card account were business obligations without Debtor's personal guaranty and are not included as personal liabilities.

Estimated claims. Perez is listed at $131,626.18. Tashjian and Brian Hart are each estimated at $100,000. These claims are disputed where marked.

Other estimates. GOF is listed at $300,000. NeoGenomics is listed at $1,006,003.50. GM Financial and ACAR amounts follow Claims 2-1 and 7-1 through 14-1.

Part 1 total: $2,031,826.34. Part 2 total: $4,406,545.45. Combined Schedule E/F total: $6,438,371.79.

Fill in this information to identify your case:

Debtor David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2
(Spouse if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the Eastern District of Michigan

Case number 26-20982-dob
(If known)

☒ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | TIAA Commercial Finance, Inc.<br>Name<br>730 Third Avenue<br>Number Street<br>New York NY 10017<br>City State ZIP Code | Equipment lease or finance agreement involving medical equipment. |
| 2.2 | Ameris Bank d/b/a Balboa Capital<br>Name<br>575 Anton Blvd., Suite 1080<br>Number Street<br>Costa Mesa CA 92626<br>City State ZIP Code | Equipment lease or finance agreement involving medical equipment. |
| 2.3 | Elsevier<br>Name<br>230 Park Avenue, 7th Floor<br>Number Street<br>New York NY 10169<br>City State ZIP Code | Publishing and royalty agreement. |
| 2.4 | Northwestern Mutual<br>Name<br>720 East Wisconsin Avenue<br>Number Street<br>Milwaukee WI 53202<br>City State ZIP Code | Life insurance policy. |
| 2.5 | Michigan Health Clinics, P.C.<br>Name<br>3925 Fortune Boulevard<br>Number Street<br>Saginaw MI 48603<br>City State ZIP Code | Employment and physician-services agreement. |

## Schedule G — Additional Page

| Person or company | What the contract or lease is for |
|---|---|
| **2.6** Process Record Slide Limited<br>Attn: Chi Biu Lam ("Denny")<br>Unit D, 3/F, Freder Center<br>Tokwawan<br>Kowloon, HK N/A | 2025 equipment lease:<br>Heidstar slide scanner and<br>two Labsim printers.<br>Title retained by lessor. |

**Fill in this information to identify your case:**

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for tl Eastern District of Michigan

Case number 26-20982-dob
(If known)

☒ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☒ Yes
2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☒ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes. In which community state or territory did you live? ________. Fill in the name and current address of that person.

       Name of your spouse, former spouse, or legal equivalent

       Number Street

       City State ZIP Code
3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Michigan Health Clinics, P.C.<br>Name<br>3925 Fortune Boulevard<br>Number Street<br>Saginaw MI 48603<br>City State ZIP Code | ☒ Schedule D, line 2.3,2.4<br>☒ Schedule E/F, line 4.3; 4.18-4.19<br>☐ Schedule G, line ______ |
| 3.2 | Becker-Pressente LLC<br>Name<br>3871 Fortune Boulevard<br>Number Street<br>Saginaw MI 48603<br>City State ZIP Code | ☒ Schedule D, line 2.2<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.3 | Michigan Skin Clinics, PC<br>Name<br><br>Number Street<br><br>City State ZIP Code | ☒ Schedule D, line 2.1<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Case number (if known) 26-20982-dob

## Additional Page to List More Codebtors

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.4 Michigan Billing Company, Inc.<br>Name<br>3871 Fortune Boulevard<br>Number Street<br>Saginaw MI 48603<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.7<br>☐ Schedule G, line ______ |
| 3.5 Magdalena Perez<br>Name<br>c/o Matthew L. Frey, 4901 Towne Centre Rd., Ste. 235<br>Number Street<br>Saginaw MI 48604<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.11<br>☐ Schedule G, line ______ |
| 3.6 Jennifer Arizo Stockman (nonfiling spouse)<br>Name<br>5805 McCarty Road<br>Number Street<br>Saginaw MI 48603<br>City State ZIP Code | ☒ Schedule D, line 2.6<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3._ Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3._ Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |

**Fill in this information to identify your case:**

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 26-20982-dob
(If known)

Check if this is:

- [x] An amended filing
- [ ] A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | [x] Employed<br>[ ] Not employed | [x] Employed<br>[ ] Not employed |
| **Occupation** | Physician | Marketing / Public Relations |
| **Employer's name** | Michigan Health Clinics, P.C. | Michigan Health Clinics, P.C. |
| **Employer's address** | 3925 Fortune Boulevard (Number Street)<br>Saginaw (City) MI (State) 48603 (ZIP Code) | 3925 Fortune Boulevard (Number Street)<br>Saginaw (City) MI (State) 48603 (ZIP Code) |
| **How long employed there?** | 4+ years | 4+ years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $12,500.00 | $ 12,641.68 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $12,500.00 | $ 12,641.68 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|
| **Copy line 4 here** ........ → | 4. | $ 12,500.00 | $ 12,641.68 | |
| **5. List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,765.82 | $ 2,647.21 | |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 | |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 | |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 | |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 | |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 | |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 | |
| 5h. **Other deductions.** Specify: ____ | 5h. | + $ 0.00 | + $ 0.00 | |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,765.82 | $ 2,647.21 | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 9,734.18 | $ 9,994.47 | |
| 8. **List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 | |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 | |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 | |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____ | 8f. | $ 0.00 | $ 0.00 | |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 | |
| 8h. **Other monthly income.** Specify: ____ | 8h. | + $ 0.00 | + $ 0.00 | |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 9,734.18 + | $ 9,994.47 = | $ 19,728.65 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. $ 19,728.65
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: Income may vary because payroll has been delayed. Amounts use current biweekly gross and net pay annualized over 26 pay periods.

**Fill in this information to identify your case:**

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 26-20982-dob
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☒ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?** ☐ No ☒ Yes. Fill out this information for each dependent..........................

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☐ No ☒ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $4,700.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $2,142.50 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $1,200.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $300.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 400.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 150.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 600.00 |
| 6d. Other. Specify: | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 800.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 250.00 |
| 10. **Personal care products and services** | 10. | $ 150.00 |
| 11. **Medical and dental expenses** | 11. | $ 250.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 600.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 300.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 436.99 |
| 15b. Health insurance | 15b. | $ 1,359.48 |
| 15c. Vehicle insurance | 15c. | $ 133.86 |
| 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 1,164.91 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: | 17c. | $ 0.00 |
| 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

21. **Other.** Specify: Court filing-fee installment — 21. +$ 434.50

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ 16,572.24 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ 0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ 16,572.24 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $19,728.65 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | –$16,572.24 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $3,156.41 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes. Explain here: Filing-fee installments end after October 5, 2026. Secured-debt, insurance, vehicle, and property-tax expenses may change.

**Fill in this information to identify your case:**

Debtor 1 David Lewi-Emmanuel Stockman
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 26-20982-dob
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person____________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ ____________________
Signature of Debtor 1

✘ ____________________
Signature of Debtor 2

Date 09/17/1978
MM / DD / YYYY

Date __________
MM / DD / YYYY