**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
111 First Street
Bay City, MI 48708

---

Case No.: 26−20982−dob
Chapter: 7

In Re: (NAME OF DEBTOR(S))
David Lewi−Emmanuel Stockman
5805 McCarty Rd
Saginaw, MI 48603

Social Security No.:
xxx−xx−4591

Employer's Tax I.D. No.:
38−3472092

---

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**December 18, 2026**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope. A proof of claim may also be filed electronically using the Electronic Proof of Claim (ePOC) program located on the Michigan Eastern Bankruptcy Court's website: (https://www.mieb.uscourts.gov).

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 9/16/26

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re: Case No. 26-20982-dob
David Lewi-Emmanuel Stockman Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-1 User: admin 
Date Rcvd: Sep 16, 2026 Form ID: ntctfclm Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 29030471 | + | Brian Hart, 3684 Lamplighter Dr, Saginaw, MI 48603-8668 |
| 29030465 | + | Dermatology and Cosmetic Center, 4444 W Bristol Rd Suite 150, Flint, MI 48507-3161 |
| 29030451 | + | Frankenmuth Credit Union, c/o John P. Tragge, Stancato Tragge Wells, PLLC, 2111 Woodward Avenue, Suite 701, Detroit, MI 48201-3421 |
| 29030466 | + | Frost & Associates, LLC, c/o Dickinson Wright PLLC, 2600 West Big Beaver Road, Suite 300, Troy, MI 48084-3312 |
| 29030454 | | GM Financial, P.C. Box 781901, Dallas, TX 753781901 |
| 29030455 | + | GOF Finance-C, LLC, c/o Schafer and Weiner, PLLC, 40950 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304-5124 |
| 29030461 | + | Goldman Sachs Bank USA, Apple Card, P.O. Box 150189, Arlington, TX 76015-6189 |
| 29019713 | + | Karl L. Wenzloff, Wenzloff & Fireman, P.C., 903 N. Jackson St, Bay City, MI 48708-5953 |
| 29030473 | + | Kishore Jayakumar, 1210 Massachusetts Ave NW, APT 710, Washington, DC 20005-4521 |
| 29030472 | + | Magdalena Perez, c/o Matthew L. Frey, 4901 Towne Centre Road, Suite 235, Saginaw, MI 48604-2814 |
| 29030457 | + | Moeller Builders Inc., 12125 W Tittabawassee Rd, Freeland, MI 48623-9380 |
| 29030464 | + | Northwest Pathology Consultants, PC, 44405 Woodward Ave, Pontiac, MI 48341-5023 |
| 29030469 | + | Randy Tashjian IRA, 41000 Woodward Avenue, Suite 250 East, Bloomfield Hills, MI 48304-5132 |
| 29030468 | + | Russell Bush, 1800 Imlay City Rd #1, Lapeer, MI 48446-3208 |
| 29066830 | + | Russell Bush, M.D., 353 Golfside Dr., Lapeer, MI 48446-7651 |
| 29030467 | + | TIAA, FSB, 730 Third Avenue, New York, NY 10017-3206 |
| 29030462 | | Vox Funding, LLC, 100 Park Ave Fl 31, New York, NY 10017-5584 |
| 29030470 | + | Wasim Nasir, 4444 W Bristol Rd Suite 150, Flint, MI 48507-3161 |
| 29030458 | | Wildfire Credit Union, c/o Karl L. Wenzloff, Wenzloff & Fireman P.C., 903 N. Jackson Street, Bay City, MI 48708-5953 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dbpos | + | Email/PDF: dstockma4@icloud.com | Sep 16 2026 22:00:00 | David Lewi-Emmanuel Stockman, 5805 McCarty Rd, Saginaw, MI 48603-9604 |
| 29038784 | + | EDI: PHINAMERI.COM | Sep 17 2026 01:56:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 29017880 | + | EDI: PHINAMERI.COM | Sep 17 2026 01:56:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 29030460 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2026 22:06:41 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 29023878 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2026 22:05:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 29030459 | | EDI: JPMORGANCHASE | Sep 17 2026 01:56:00 | Chase Card Services, P.C. Box 15298, Wilmington, DE 19850-5298 |
| 29051601 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 16 2026 22:07:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 29030453 | | EDI: IRS.COM | Sep 17 2026 01:56:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | |
|---|---|---|---|
| 29029797 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 16 2026 22:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 29030452 | + Email/Text: Treas-Bankruptcy@michigan.gov | Sep 16 2026 22:08:00 | Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699 |
| 29030463 | + Email/Text: jretherford@balch.com | Sep 16 2026 22:07:00 | NeoGenomics Laboratories, Inc., c/o Balch & Bingham LLP, 1901 6th Avenue North, Suite 1500, Birmingham, AL 35203-4642 |
| 29030462 | Email/Text: mberardino@voxfunding.com | Sep 16 2026 22:08:00 | Vox Funding, LLC, 100 Park Ave Fl 31, New York, NY 10017-5584 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 29030456 | | Ameris Bank d/b/a Balboa Capital, Corporation, c/o Deborah Rubin, Esq., Taft Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500 |
| 29038857 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 29024354 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 29037911 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne L Hayes | on behalf of Defendant Ben Denay alhayes@brmattorneys.com |
| Adrienne L Hayes | on behalf of Defendant Wildfire Credit Union alhayes@brmattorneys.com |
| Anthony M. Cimini, Jr | on behalf of Creditor Ameris Bank acimini@taftlaw.com |
| Ashley J. Jericho | on behalf of Defendant Covenant Healthcare Partners Inc. ajericho@dwlaw.com, csneed@dwlaw.com |
| Ashley J. Jericho | on behalf of Defendant Covenant Medical Center Inc. ajericho@dwlaw.com, csneed@dwlaw.com |
| Ashley J. Jericho | on behalf of Defendant Marcus Atkins ajericho@dwlaw.com csneed@dwlaw.com |

Ashley J. Jericho
on behalf of Defendant Eugene Olsowka ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Virginia (Ginny) Kay Latty ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Bethany Charlton ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Covenant Health Care System ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant David Nall ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Interested Party Covenant Medica Center Inc. ajericho@dwlaw.com, csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Beth Charlton ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Carrie Ann Travis ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Covenant Healthcare System ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Shane Randel Starr ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Interested Party Covenant Healthcare System ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Jennifer Ann Norfleet ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Kevin Michael Birchmeier ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Carrie Travis ajericho@dwlaw.com csneed@dwlaw.com

Ashley J. Jericho
on behalf of Defendant Ginny Latty ajericho@dwlaw.com csneed@dwlaw.com

Brandi Blasses
on behalf of Creditor GOF Finance-C LLC bblasses@schaferandweiner.com, pjozwiak@schaferandweiner.com

Deborah S. Rubin
on behalf of Creditor Ameris Bank drubin@taftlaw.com ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Howard M. Borin
on behalf of Creditor GOF Finance-C LLC hborin@schaferandweiner.com, jburns@schaferandweiner.com

Howard M. Borin
on behalf of Defendant GOF Finance-C LLC hborin@schaferandweiner.com, jburns@schaferandweiner.com

J. Joseph Purtell
on behalf of Creditor Russell Bush joe@glblg.com starpeas99@gmail.com

John P. Tragge
on behalf of Creditor Frankenmuth Credit Union jtragge@stwlawfirm.com

Jonathan E. Lauderbach
on behalf of Defendant Ziad Daoud Ph.D. jlauderbach@wnj.com

Joseph K. Grekin
on behalf of Creditor GOF Finance-C LLC joegrekin@schaferandweiner.com, PJozwiak@schaferandweiner.com

Joseph K. Grekin
on behalf of Defendant GOF Finance-C LLC joegrekin@schaferandweiner.com, PJozwiak@schaferandweiner.com

Joshua Eggert
on behalf of Defendant Ziad Daoud Ph.D. jeggert@wnj.com

Karl Lewis Wenzloff
on behalf of Defendant Wenzloff & Fireman P.C. kwenzloff@sbcglobal.net, wenzloffbankruptcy@sbcglobal.net

Karl Lewis Wenzloff
on behalf of Creditor Wildfire Credit Union kwenzloff@sbcglobal.net wenzloffbankruptcy@sbcglobal.net

Karl Lewis Wenzloff
on behalf of Defendant Karl L. Wenzloff kwenzloff@sbcglobal.net wenzloffbankruptcy@sbcglobal.net

| | |
|---|---|
| Kelley Callard (UST) | on behalf of U.S. Trustee Andrew R. Vara Kelley.Callard@usdoj.gov |
| Kelly Marie Kumpula | on behalf of Creditor GM Financial michiganlawyerkk@aol.com |
| Paul J. Randel (UST) | on behalf of U.S. Trustee Andrew R. Vara Paul.Randel@usdoj.gov |
| Samuel D. Sweet | ssweet@trusteesweet.us jwill@trusteesweet.us;ss125@trustesolutions.net |
| Samuel D. Sweet | on behalf of Trustee Samuel D. Sweet ssweet@trusteesweet.us jwill@trusteesweet.us |
| Scott B. Kitei | on behalf of Interested Party Cole Waterman skitei@honigman.com |
| Stephan M Gaus | on behalf of Defendant Stephan M. Gaus gaus@garskelaw.com |
| Stephan M Gaus | on behalf of Creditor Russell Bush gaus@garskelaw.com |
| Steven M. Wolock | on behalf of Defendant Stephan Gaus swolock@maddinhauser.com sbeyer@maddinhauser.com;lshipway@maddinhauser.com |
| Steven M. Wolock | on behalf of Defendant Stephan Gaus and Garske Hewitt Rodenbo PLC swolock@maddinhauser.com, sbeyer@maddinhauser.com;lshipway@maddinhauser.com |
| Steven M. Wolock | on behalf of Defendant Garske Hewitt PLC swolock@maddinhauser.com sbeyer@maddinhauser.com;lshipway@maddinhauser.com |
| Steven M. Wolock | on behalf of Defendant Stephan M. Gaus swolock@maddinhauser.com sbeyer@maddinhauser.com;lshipway@maddinhauser.com |
| Steven M. Wolock | on behalf of Defendant Garske Hewitt Rodenbo PLC swolock@maddinhauser.com sbeyer@maddinhauser.com;lshipway@maddinhauser.com |
| Zachary Pelton | on behalf of Defendant Covenant Healthcare System ZPelton@dickinsonwright.com yamos@dwlaw.com |
| Zachary Pelton | on behalf of Defendant Covenant Medical Center Inc. ZPelton@dickinsonwright.com, yamos@dwlaw.com |
| Zachary Pelton | on behalf of Defendant Carrie Travis ZPelton@dickinsonwright.com yamos@dwlaw.com |
| Zachary Pelton | on behalf of Defendant Beth Charlton ZPelton@dickinsonwright.com yamos@dwlaw.com |
| Zachary Pelton | on behalf of Defendant Ginny Latty ZPelton@dickinsonwright.com yamos@dwlaw.com |

TOTAL: 52