**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

| | |
|---|---|
| IN RE:<br>DAVID LEWI-EMMANUEL STOCKMAN,<br>Debtor-in-Possession.<br>_______________________________/ | Case No. **26-20982-dob**<br><br>Hon. Daniel S. Opperman |
| DAVID LEWI-EMMANUEL STOCKMAN,<br>Plaintiff<br>v.<br><br>WILDFIRE CREDIT UNION;<br>BEN DENAY, individually;<br>KARL L. WENZLOFF, individually;<br>WENZLOFF & FIREMAN, P.C.;<br>STEPHAN GAUS, individually; and<br>GARSKE HEWITT RODENBO PLC,<br>formerly known as GARSKE HEWITT, PLC<br>Defendants<br>_______________________________/ | |

**AFFIDAVIT OF OFFIONG FRANCIS IKPATT, M.D.**

1. I am Offiong Francis Ikpatt, M.D. I am commonly referred to as 'Francis.' I currently live in Canada, in the province of Newfoundland and Labrador. I formerly lived in the State of Michigan.
2. I became familiar with David Stockman, M.D. when I was briefly employed with one of this corporations.
3. On September 9, 2026, attorney Stephan Gaus, previously unknown to me, called me about a Stipulation that had been filed in the Stockman

bankruptcy involving me, referenced as 'Document 227.' It was reported to me that I supposedly gave permission to David Stockman to digitally sign my name to the Stipulation.

4. Mr. Gaus offered to and then did send me a copy of the Stipulation, which I reviewed.

5. Upon my review, Mr. Gaus and I exchanged further emails.

6. In the emails Mr. Gaus and I discussed the accuracy of the representations in the Stipulation. I responded with an email dated September 10, 2026, quoting Mr. Gaus' email, and then added the bold print material below:

*"You informed me today that based upon your review of the purported Stipulation, the following things are true:*

*- that you had never seen this document before I sent it to you, and*
*- that you did not give Dr. Stockman permission to digitally sign it for you, and*
*- that you did not ever give Dr. Stockman permission to file this document with the Court as a representation of your voluntary consent to give the 2004 exam*

*It is my further understanding that you spoke to Dr. Stockman yesterday and directed him to take the steps necessary to withdraw the Stipulation from the Court file by this morning, September 10, 2026.*

***YES to all the above.***
***Please keep me updated**.*

*Francis."*

7. I am aware that Mr. Gaus has filed a Motion to clear up this issue, and he has requested that I sign an Affidavit attesting under oath that these statements are true.

8. I do attest that the statements are true, and moreover that I had no honest idea why all of this was happening as I feel I have nothing of value to offer concerning David Stockman's bankruptcy or his assets.

9. If called upon to do so, I could testify under oath from my own memory as to all of the above.

Dated: September 21st/2026

By: ______________________

Francis Ikpatt, M.D.

NEWFOUNDLAND AND LABRADOR )
CANADA )

TO WIT:

SWORN (or affirmed) before me at St. John's, in the Province of Newfoundland and Labrador, this 21st day of September, 2026.

______________________

Signature of Notary Public
Notary Public
Newfoundland and Labrador

**Brett M.K. Ludlow**
**Barrister, NL**