**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In re: Case No. 26-20982-dob

DAVID LEWI-EMMANUEL STOCKMAN Chapter 7

Debtor. Hon. Daniel S. Opperman
______________________________/

**ORDER GRANTING IN PART GOF FINANCE-C, LLC'S MOTION FOR AUTHORITY TO TAKE DEPOSITION OF DEBTOR AND REQUEST PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. BANKR. P. 2004**

This matter comes before the Court upon the GOF Finance-C, LLC's (the "Movant") *Motion for Authority to Take Deposition of Debtor and Request Production of Documents pursuant to Fed. R. Bankr. P. 2004* (the "Motion"); the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue of this proceeding and this Motion in this District are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity for a hearing on the Motion were appropriate under the circumstances and no other or further notice need be given; the Court having conducted a hearing on the Motion on September 24, 2026 and having found good cause for the relief requested in the Motion; and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

The Motion is GRANTED IN PART;

The Movant is authorized to conduct a Fed. R. Bankr. P. 2004 examination of the Debtor:

i. Debtor shall produce documents identified on **Exhibit G** to the Motion, within twenty one (21) days after the conclusion of his 341 meeting, with the following exception
   1. Debtor need not produce a copy of his Passport;
   2. Debtor need not produce his passwords for any social media accounts; and
   3. Debtor need not produce records of any accounts solely in his wife's name. and

ii. Debtor shall provide the oral testimony pursuant to Fed. R. Bankr. P. 7030 in accordance with the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure on all matters that may be relevant to the Movant's investigation, within fourteen one (14) days after the Movant has received the documents requested under section (a)(i) above;

This Court retains jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

**Signed on September 24, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**