UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Hon. Daniel S. Opperman
Chapter 7

_____________________________/

**INTERESTED PARTY, KARL WENZLOFF's EX-PARTE MOTION TO ADJOURN HEARING ON DEBTOR'S MOTION for ORDER TO SHOW CAUSE, SANCTIONS, and ATTORNEY-DISCIPLINE REFERRAL IF WARRANTED, IMMEDIATE PRESERVATION, LIMITED EXPEDITED DISCOVERY, AND EVIDENTIARY HEARING REGARDING MATERIAL COURTROOM REPRESENTATIONS CONCERNING MEDIA CONTACTS**

NOW COMES KARL L. WENZLOFF, and in support of his Ex-Parte Motion to Adjourn Hearing on the Debtor's Motion for Show Cause in the above-entitled case, says as follows:

1. That on September 10, 2026, the Debtor filed a motion asking this Court (among other things) for discovery and other relief against attorney Karl L. Wenzloff concerning Mr. Wenzloff's prior statement to the Court that he had not spoken to the media about a state court matter concerning the Debtor. See Docket #262.

2. That Mr. Wenzloff filed a response and objection to this motion on September 23, 2026. See Docket #336.

3. That this Court set a hearing on this matter for October 20, 2026 at 3:00 pm.

4. That Mr. Wenzloff is scheduled to be out of town on this day. He has scheduled a bicycle trip in West Virginia from October 15 until October 20. This trip has been scheduled by Mr. Wenzloff for several months.

5. That Mr. Wenzloff has sought consent from the other parties involved in this matter to adjourn this hearing, but he has not received such consent from Dr. Stockman. Mr. Gaus and the Chapter 7 Trustee have given him such consent.

6. That Mr. Wenzloff requests this Court to adjourn the hearing on the Debtor's motion until sometime after October 20, 2026 or, alternatively, allow the matter to be heard by telephone.

7. The Debtor is not harmed by this request.

8. That because of the short time frame before the scheduled trip and hearing, this relief is being sought by way of an ex-parte motion.

9. That a proposed Order is attached to this Ex-Parte Motion.

Date: 10/5/26

Karl L. Wenzloff (P71939)
Attorney for Wildfire Credit Union
903 N. Jackson St., Bay City, MI 48708

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Hon. Daniel S. Opperman
Chapter 7

______________________________/

**ORDER FOR ADJOURNMENT**

This matter having come before the Court by way of an ex-parte motion, and the Court being fully advised as to this matter,

IT IS HEREBY ORDERED that the hearing on the Debtor's Motion for Order to Show Cause, Sanctions and Attorney-Discipline Referral if Warranted, Immediate Preservation, Limited Expedited Discovery, and Evidentiary Hearing Regarding Material Courtroom Representations Concerning Media Contacts currently scheduled for October 20, 2026 at 3:00 pm is hereby rescheduled to ________________ at _______ p.m.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Hon. Daniel S. Opperman
Chapter 7

______________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set out below I served a copy of the following document(s) upon each of the parties listed below.

***EX-PARTE MOTION FOR ADJOURNMENT OF DEBTOR'S MOTION TO SHOW CAUSE***
***CERTIFICATE OF SERVICE***

Served electronically via the Court's ECF system on all relevant parties including:

| | |
|---|---|
| David Stockman: | dstockma4@icloud.com |
| Steven Wolock: | swolock@maddinhauser.com |
| Samuel Sweet: | ssweet@trusteesweet.us |
| Scott B. Kitei: | skitei@honigman.com |

Served via United States Postal Service with the proper amount of postage affixed thereon:

David Stockman
3871 Fortune Boulevard
Saginaw, MI 48603

DATE: October 6, 2026

/s/ Karl L. Wenzloff
KARL L. WENZLOFF
Wenzloff & Fireman, P.C.
903 North Jackson Street
Bay City, MI 48708
(989) 893-9511
wenzloffbankruptcy@sbcglobal.net