UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No.: 26-20982-dob |
| David Lewi-Emmanuel Stockman, | Hon. Daniel S. Opperman |
| Debtor. | |

________________________________/

**ORDER DENYING IN PART AND GRANTING IN PART MOTION FOR LIFT OF STAY**

Creditor, Russell L. Bush, filed a Motion to Modify Stay on September 22, 2026 (Docket No. 329) (the "Motion"). The Court reviewed the Motion, the Brief in Support (Docket No. 330), and the Debtor's Response and Objection (Docket No. 374). The Court heard oral arguments on October 20, 2026.

For the reasons stated on the record, NOW, THEREFORE:

**IT IS ORDERED** that with respect to Debtor, David Lewi-Emmanuel Stockman, in his individual capacity, the Motion is denied without prejudice.

**IT IS FURTHER ORDERED** that with respect to Michigan Institute of Forensic Science & Medicine P.C. the stay is lifted. The Court finds that there was no stay, and to the extent that there is a stay or co-debtor stay with respect to Michigan Institute of Forensic Science & Medicine P.C., the stay is lifted. Creditor,

Russell L. Bush, may take all such appropriate actions in state court proceedings against Michigan Institute of Forensic Science & Medicine P.C. including but not limited to motions, actions to collect debt, pursuit of Judgment, garnishment, requests for release of garnishment funds, etc.

**IT IS FURTHER ORDERED** that with respect to the approximately $1,568.91, in the Garske Hewitt law firm trust account, the stay is lifted. Russell L. Bush and any other claimants to said funds may file appropriate motion or other action in the state court for the purpose of obtaining said funds, and same shall not be regarded as being in violation of stay.

**Signed on October 21, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**