**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**
**Northern Division**

**In the Matter of:**

| | | |
|---|---|---|
| **David Lewi-Emmanuel Stockman** | **Debtor** | **Bankruptcy No: 26-20982-dob**<br>**Chapter 7** |

**ORDER TO SHOW CAUSE**
**ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE**

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of **$803.50** as previously ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

***The Debtor must appear by phone on Thursday, November 12, 2026, at 1:30pm and should call (202) 503-1666 and use Access Code: 411 168 839#*** to show cause why the case should not be dismissed for failure to pay the balance of filing. When the Debtor calls in, the Debtor should place his phone on mute and only take the phone off of mute when this case is called by the Court. The Debtor must identify himself each time the Debtor speaks. The Court prefers landline connections, but cell phone or other telephone services are allowed. Given the number of cases the Court must handle, this case may not be called at exactly 1:30 p.m. but will be called by the Court as soon as possible. Any questions should be directed to the Courtroom Clerk at (989) 894-8844.

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date. Notice must be given to the Courtroom Clerk that the fee has been paid. **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

****NO PERSONAL CHECKS OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cashiers' check, money order, ACH Debit Card, or Online Bill Pay per instructions on https://www.mieb.uscourts.gov/online-fee-payments. Credit cards will only be accepted from attorneys through pay.gov.**

**Signed on October 26, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**