**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

| | |
|---|---|
| IN RE:<br>DAVID LEWI-EMMANUEL STOCKMAN,<br>Debtor-in-Possession.<br>_________________________________/ | Case No. 26-20982-dob<br>Chapter 7<br><br>Hon. Daniel S. Opperman |

**CREDITOR RUSSELL BUSH'S RESPONSE**

**TO ORDER TO SHOW CAUSE (DOC 391)**

Now comes Russell Bush, M.D., Creditor, and in Response to the Court's Order to Show Cause, states the following:

The Court's Order to Show Cause discloses that the Debtor, David Stockman, has disregarded the previous Orders of the Court regarding his obligation to pay the full filing fee for the bankruptcy. In the judgment of the Creditor and his counsel, it would be an unnecessary hardship for the Creditors of the bankruptcy estate to have the case dismissed at this time due to the tremendous effort the Court, the Creditors, and their counsel have put into this entire process from the beginning to the present.

As the Court is aware, the firm of Garske, Hewitt and Rodenbo, PLC, currently possesses in its IOLTA Account a sum greater than the missing $803.50. These funds are related to AP 2025. The firm has previously suggested to the Trustee in our settlement negotiations that these funds could be

paid over to the Trustee as part of a global settlement of claims of the Debtor against this Creditor and other parties. If the Court determines that the Debtor is unwilling, or unable to make the missing payment, Creditor Bush would ask the Court to consider allowing $803.50 of the funds held by his lawyers be released to the Court to cover the missing filing fee so that the bankruptcy can be completed.

The Creditor is informed and believes that the Trustee has no objection to this proposal.

Respectfully submitted,

Dated: October 28, 2026

GARSKE HEWITT & RODENBO, PLC

/s/ Stephan M. Gaus

Stephan M. Gaus (P28943)
Counsel for Creditor Bush
708 S. Euclid Avenue
Bay City, MI 48706
(989) 355-0100
gaus@ghr.law

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

| | |
|---|---|
| IN RE:<br>DAVID LEWI-EMMANUEL STOCKMAN,<br>Debtor-in-Possession.<br>_______________________________/ | Case No. 26-20982-dob<br>Chapter 7<br><br>Hon. Daniel S. Opperman |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a copy upon the following pro se party by electronic mail:

David Lewi-Emmanuel Stockman
5805 McCarty Road
Saginaw, MI 48603
dstockma4@icloud.com

/s/ Stephan Gaus

Stephan Gaus