**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 26-20982-dob |
| DAVID LEWI-EMMANUEL STOCKMAN | Chapter 7 |
| Debtor. | Hon. Daniel S. Opperman |

___________________________________/

**GOF FINANCE-C, LLC'S CONCURRENCE**
**CREDITOR RUSSELL BUSH'S RESPONSE**
**TO ORDER TO SHOW CAUSE (DOC 391)**

GOF Finance-C, LLC, ("GOF") by and through its undersigned attorneys, concurs with Creditor Russell Bush's Response to Order to Show Cause (DN 394). GOF opposes dismissal on the basis that it would harm creditors and unjustly benefit the Debtor.

SCHAFER AND WEINER, PLLC

/s / *Joseph K. Grekin*
JOSEPH K. GREKIN (P52165)
HOWARD BORIN (P51959)
BRANDI M. BLASSES (P83872)
Attorney for GOF Finance-C, LLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jgrekin@schaferandweiner.com

Dated: October 29, 2026