UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.
_____________________________________/

Case No. 26-20982-dob
Chapter 7
Hon. Daniel S. Opperman

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having come before the Court on the Declaration of Creditor's Counsel Establishing Default, Failure to Cure Default, and Entitlement to Entry of Ex-Parte Order Granting Relief from the Stay, the Court having reviewed the Declaration and being otherwise advised in the premises; IT IS ORDERED:

1. Secured Creditor GM Financial is granted relief from the automatic stay to pursue relief that may be available to it pursuant to applicable law and the terms and provisions of the contract for the Debtor's purchase of one 2021 Chevrolet Silverado, vehicle identification number 1GC4YVEY9MF168549, including repossession and sale of the vehicle. Upon sale of the property, any excess proceeds shall be paid to the Chapter 7 Trustee.

2. The entry of this Order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(4). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the United States Bankruptcy Code. All other terms and provisions of the automatic stay shall remain in full force and effect.

**Signed on November 12, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**