**THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**IN THE MATTER OF:**

David Lewi-Emmanuel Stockman,

Debtor.
______________________________/

Bankruptcy Case No. 26-20982-dob
Honorable Daniel S. Opperman
Chapter 7

**STIPULATION TO EXTEND DEADLINE FOR FILING CLAIMS UNDER §523 AND §727 OF THE BANKRUPTCY CODE**

NOW COMES Samuel D. Sweet, Chapter 7 Trustee, and David Lewi-Emmanuel Stockman, Debtor, each by and through their undersigned counsel, stipulate and agree as follows:

1. The parties agree that the time and expiration date on all §727 and § 523 causes of actions against the Debtor in this case shall be extended from November 23, 2026 until January 22, 2027.
2. This extension shall be good for the Chapter 7 Bankruptcy Trustee, the United States Trustee's Office, and any and all Creditors and parties in interest in this case.

Dated: November 12, 2026

SAMUEL D. SWEET, PLC

/s/ Samuel D. Sweet
By: SAMUEL D. SWEET (P48668)
Attorney for Trustee
52 E. Burdick Street #10
Oxford, Michigan 48371
(248) 236-0985
ssweet@trusteesweet.us

/s/
David Lewi-Emmanuel Stockman
Debtor, Pro Se
5805 McCarty Road
Saginaw, Michigan 48603
(989) 341-3017
dstockma4@icloud.com

**THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**IN THE MATTER OF:**

David Lewi-Emmanuel Stockman,

Debtor.
_____________________________/

Bankruptcy Case No. 26-20982-dob
Honorable Daniel S. Opperman
Chapter 7

**STIPULATED ORDER EXTENDING DEADLINE FOR FILING CLAIMS UNDER §523 AND §727 OF THE BANKRUPTCY CODE**

This matter having come before this Honorable Court based upon the parties' stipulation to extend the deadline for filing claims under §523 and §727 of the Bankruptcy Code; and the Court being fully advised in the premises;

NOW THEREFORE;

**IT IS HEREBY ORDERED** that the deadline for filing claims under §523 of the Bankruptcy Code and §727 of the Bankruptcy Code shall be and is hereby extended until January 22, 2027 for the Chapter 7 Bankruptcy Trustee, the United States Trustee's Office, and any and all Creditors and parties in interest in this case.

_________________________________
Honorable Daniel S. Opperman
United States Bankruptcy Judge