THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**IN THE MATTER OF:**

David Lewi-Emmanuel Stockman,

Debtor.
_____________________________/

Bankruptcy Case No. 26-20982-dob
Honorable Daniel S. Opperman
Chapter 7

**STIPULATED ORDER EXTENDING DEADLINE FOR FILING CLAIMS UNDER §523 AND §727 OF THE BANKRUPTCY CODE**

This matter having come before this Honorable Court based upon the parties' stipulation to extend the deadline for filing claims under §523 and §727 of the Bankruptcy Code; and the Court being advised in the premises;

NOW THEREFORE;

**IT IS HEREBY ORDERED** that the deadline for filing claims under §523 of the Bankruptcy Code and §727 of the Bankruptcy Code shall be and is hereby extended until January 22, 2027 for the Chapter 7 Bankruptcy Trustee, the United States Trustee's Office, and any and all Creditors and parties in interest in this case.

**Signed on November 13, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**