UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Hon. Daniel S. Opperman
Chapter 7

____________________________/

**ORDER DENYING DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE, SANCTIONS, and ATTORNEY-DISCIPLINE REFERRAL IF WARRANTED, IMMEDIATE PRESERVATION, LIMITED EXPEDITED DISCOVERY, and EVIDENTIARY HEARING REGARDING MATERIAL COURTROOM REPRESENTATIONS CONCERNING MEDIA CONTACTS**

This matter having come before the Court by way of the Debtor's Motion for Order to Show Cause, Sanctions and Attorney-Discipline Referral if Warranted, Immediate Preservation, Limited Expedited Discovery, and Evidentiary Hearing Regarding Material Courtroom Representations Concerning Media Contacts, the matter having been heard on November 19, 2026 at 2:00 p.m., and the Court being advised as to this matter,

IT IS HEREBY ORDERED that the Debtor's Motion for Order to Show Cause, Sanctions and Attorney-Discipline Referral if Warranted, Immediate Preservation, Limited Expedited Discovery, and Evidentiary Hearing Regarding Material Courtroom Representations Concerning Media Contacts is **denied** for the reasons placed upon the record.

**Signed on November 23, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**